UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE, and AAOTTAE LOGGERVALE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDFA, STEVEN HOLLAND, MONICA POPE, KEITH LEEPER, ANTHONY DeSOUSA, CAMERON GALLOWAY, and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | No. C 19-04744 WHA<br><br>**NOTICE AND ORDER RE TRIAL DATE** |

　　　Your case is set for trial on **NOVEMBER 29, 2021**. It would be of assistance to the Court to move your trial date to an earlier trial date, possibly by one week. Please respond and advise if you are able to accommodate the Court. If not, be advised that your case will go to trial as scheduled. Please file a joint statement within the next week on the above question, as well as your prospects for settlement or dismissal. **THIS IS IMPORTANT.**

　　　**IT IS SO ORDERED.**

Dated: October 18, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE