United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, et al., | Case No. 20-cv-04679-WHA |
| Plaintiffs, | |
| v. | **ORDER FOR JURY MEALS DURING DELIBERATIONS** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: February 21, 2023



WILLIAM ALSUP
United States District Judge

*Rev.03/19*