Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 781-3333
Fax: (415) 707-6600
joseph@josephmaylaw.com

Brian Gearinger   SBN 146125
GEARINGER LAW GROUP
740 Fourth Street
Santa Rosa, CA 95404
Tel: (415) 440-3102
brian@gearingerlaw.com

Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Attorneys for Plaintiffs AASYLEI
LOGGERVALE, AASYLEI HARDGE-
LOGGERVALE, and AAOTTAE
LOGGERVALE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE, | CASE NO. C20-4679-WHA |
| Plaintiffs, | **PLAINTIFFS' SUBMISSION OF TRANSCRIPT EXCERPTS FOR VIDEOS PLAYED DURING TRIAL** |
| v. | Action Filed:  July 14, 2020 |
| COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; and DOES 1 to 50, inclusive, | Trial Date:     February 13, 2023 |
| Defendants. | |

1

1    Plaintiffs submit the following transcript excerpts for videos played for the jury by

2    Plaintiffs during trial:

3    **<u>Monday, February 13, 2023</u>**

4    Trial Transcript at 177:25 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 81

5    the transcript of the video played but not reported.

6    Trial Transcript at 182:8 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 82

7    the transcript of the video played but not reported.

8    Trial Transcript at 182:17 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 83

9    the transcript of the video played but not reported.

10   Trial Transcript at 183:4 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 84

11   the transcript of the video played but not reported.

12   Trial Transcript at 184:4 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 85

13   the transcript of the video played but not reported.

14   Trial Transcript at 186:1 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 86

15   the transcript of the video played but not reported.

16   Trial Transcript at 186:9 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 87

17   the transcript of the video played but not reported.

18   Trial Transcript at 186:14 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 88

19   the transcript of the video played but not reported.

20   Trial Transcript at 186:21 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 89

21   the transcript of the video played but not reported.

22   Trial Transcript at 187:3 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 90

23   the transcript of the video played but not reported.

24   Trial Transcript at 187:14 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 91

25   the transcript of the video played but not reported.

26   Trial Transcript at 187:22 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 92

27   the transcript of the video played but not reported.

28

1    Trial Transcript at 188:21 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 93

2    the transcript of the video played but not reported.

3    Trial Transcript at 191:2 – Plaintiffs' Opening Statement. Plaintiffs attach as Exhibit 94

4    the transcript of the video played but not reported.

5    **Tuesday, February 14, 2023**

6    Trial Transcript at 271:1 – Plaintiffs' Direct Examination of Scott DeFoe. Plaintiffs

7    attach as Exhibit 95 the transcript of the video played but not reported.

8    Trial Transcript at 275:13 – Plaintiffs' Direct Examination of Scott DeFoe. Plaintiffs

9    attach as Exhibit 96 the transcript of the video played but not reported.

10   Trial Transcript at 279:11 – Plaintiffs' Direct Examination of Scott DeFoe. Plaintiffs

11   attach as Exhibit 97 the transcript of the video played but not reported.

12   **Wednesday, February 15, 2023**

13   Trial Transcript at 566:4 – Plaintiffs' Direct Examination of AAottae Hardge-Loggervale.

14   Plaintiffs attach as Exhibit 98 the transcript of the video played but not reported.

15   Trial Transcript at 568:5 & 8 – Plaintiffs' Direct Examination of AAottae Hardge-

16   Loggervale. Plaintiffs attach as Exhibit 99 the transcript of the video played but not reported.

17   Trial Transcript at 568:25 – Plaintiffs' Direct Examination of AAottae Hardge-

18   Loggervale. Plaintiffs attach as Exhibit 100 the transcript of the video played but not reported.

19   Trial Transcript at 571:13 – Plaintiffs' Direct Examination of AAottae Hardge-

20   Loggervale. Plaintiffs attach as Exhibit 101 the transcript of the video played but not reported.

21   **Thursday, February 16, 2023**

22   Trial Transcript at 767:18 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

23   attach as Exhibit 102 the transcript of the video played but not reported.

24   Trial Transcript at 768:20 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

25   attach as Exhibit 103 the transcript of the video played but not reported.

26    Trial Transcript at 768:24 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

27   attach as Exhibit 104 the transcript of the video played but not reported.

28

1    Trial Transcript at 769:3 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

2    attach as Exhibit 105 the transcript of the video played but not reported.

3    Trial Transcript at 781:12 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

4    attach as Exhibit 106 the transcript of the video played but not reported.

5    Trial Transcript at 785:4 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

6    attach as Exhibit 107 the transcript of the video played but not reported.

7    Trial Transcript at 785:9 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

8    attach as Exhibit 108 the transcript of the video played but not reported.

9    Trial Transcript at 789:19 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

10    attach as Exhibit 109 the transcript of the video played but not reported.

11    Trial Transcript at 809:5 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

12    attach as Exhibit 110 the transcript of the video played but not reported. Holland Depo, 99:25-

13    100:10

14    Trial Transcript at 809:9 – Plaintiffs' Cross Examination of Steven Holland. Plaintiffs

15    attach as Exhibit 111 the transcript of the video played but not reported. Holland Depo, 100:15-

16    23.

17    Trial Transcript at 906:15 – Plaintiffs' Cross Examination of Cameron Galloway.

18    Plaintiffs attach as Exhibit 112 the transcript of the video played but not reported.

19    Dated: February 26, 2023                    LAW OFFICE OF JOSEPH S. MAY
                                                   and
20                                                 GEARINGER LAW GROUP
                                                   and
21                                                 ALTAIR LAW LLP

22

23                                                 /s/ Brian Gearinger
                                                   By: BRIAN GEARINGER
24                                                 Attorneys for Plaintiffs

25

26

27

28

4

# EXHIBIT 81

1

2

3

4

5   LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6   U.S. District Court, Northern District of California

7   Case No. 4:20-cv-04679

8

9

10

11   TRANSCRIPT OF:

12   BODY CAMERA VIDEO-AUDIO FILE

13

14   Body Camera Video-Audio File of

15   Deputy Monica Pope [AC_206]

16   September 19, 2019

17

18

19

20

21

22

23   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072

24

25

```
 1          MS. STEPHANIE SIBERT:  Plus, it's just useful to
 2   have a report for insurance.
 3          DEPUTY LEEPER:  I'm going to go drive by the other
 4   Starbucks.
 5          DEPUTY POPE:  So, small SUV.  Tinted windows?
 6          MS. STEPHANIE SIBERT:  It was a hatchback.  It was
 7   a little car.
 8          DEPUTY POPE:  Oh, not an SUV?
 9          MS. STEPHANIE SIBERT:  Not an SUV.  It was a little
10   hatchback.
11          DEPUTY POPE:  But a Mitsubishi?
12          MS. STEPHANIE SIBERT:  No, I don't know --
13          KIMMIE [last name unknown]:  I didn't check.
14          MS. STEPHANIE SIBERT:  Two kids --
15          DEPUTY POPE:  So, gray or silver?
16          KIMMIE [last name unknown]:  One of them had a
17   bright-red beanie.
18          MS. STEPHANIE SIBERT:  No.  I said silver was my
19   car when I drove in.  I didn't say anything --
20          KIMMIE [last name unknown]:  Well, they had, like,
21   a dark --
22          MS. STEPHANIE SIBERT:  I said our car was a minivan
23   that was silver --
24          DEPUTY POPE:  What was their car?
25          KIMMIE [last name unknown]:  It was, like, a dark
```

1   in the Tesla Cloud.  We checked the restaurants, and

2   none of them have external cameras.

3       DEPUTY POPE:  So a small, two-door hatchback,

4   unknown make --

5       MS. STEPHANIE SIBERT:  Yeah.

6       DEPUTY POPE:  -- tinted windows.

7       Oh.

8       DEPUTY HOLLAND:  Whose car is this?

9       MS. STEPHANIE SIBERT:  Mine.  She's 12.

10      KIMMIE [last name unknown]:  Hi.

11      DEPUTY POPE:  And you think they looked younger?

12      MS. STEPHANIE SIBERT:  Yeah.  Like, high school.

13  Not even, like, twenties.

14      DEPUTY POPE:  Red baseball hat?

15      MS. STEPHANIE SIBERT:  Yeah.

16      DEPUTY POPE:  So one had a red baseball hat --

17      MS. STEPHANIE SIBERT:  Yeah, the passenger was --

18  he was Black; he had a red baseball hat.  The driver

19  was, I'd say, probably Latin, and Kimmie says he was

20  wearing a gray hoody, but I couldn't vouch for that.

21      I know that all of those are really generic things

22  and probably won't help you match, but -- like I said, I

23  only paid attention to, like, "Oh they moved, and that

24  was odd," and then I just kind of went on with my day.

25      KIMMIE [last name unknown]:  I mean, like, I was

REPORTER'S CERTIFICATE

1

2

3        I do hereby certify that I transcribed into

4   typewriting the foregoing video-audio file that was

5   provided to me, a Certified Shorthand Reporter and a

6   disinterested person, that it is a true and correct

7   transcription, and that I am in no way interested in the

8   outcome of the cause named in said caption.

9

10                      _____
                        Tina M. Velasquez
11                      California Certified Shorthand Reporter
                        Certification No. 10072
12

13                      Transcribed:  May 25, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 82

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6        U.S. District Court, Northern District of California

7                    Case No. 4:20-cv-04679

8

9

10

11                          TRANSCRIPT OF:

12                  BODY CAMERA VIDEO-AUDIO FILE

13

14              Body Camera Video-Audio File of

15                  Deputy Monica Pope [AC_40]

16                      September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
1                        ---oOo---

2              BEGINNING OF TRANSCRIPTION

3                        ---oOo---

4        DEPUTY POPE:  Oh, there's one, in his windshield.

5   I'll just confirm it.

6        DEPUTY HOLLAND:  Hi, how are you?

7        Well, actually, the reason -- [inaudible].

8        [Inaudible.]

9        DEPUTY HOLLAND:  Why are you being so --

10  [inaudible].  It's not going to go anywhere if you

11  cooperate.  You see this thing right here [inaudible].

12       You say you're a local resident.  You're from here.

13  Well, this could be a completely positive encounter,

14  okay?  Do you have a valid driver's license?  Okay.

15       [Inaudible.]

16       DEPUTY POPE:  Do you want me to run the placard?

17       DEPUTY HOLLAND:  I'll give you a card when we're

18  done.  Guess what, I'm not in any rush.  I can hang out

19  here till you want to give me your ID.

20       [Inaudible.]

21       DEPUTY POPE:  Excuse me.

22       MS. AASYLEI HARDGE-LOGGERVALE:  Well, you were

23  standing to the car.

24       MS. AAOTTAE LOGGERVALE:  [Inaudible.]

25       MS. AASYLEI HARDGE-LOGGERVALE:  I popped the trunk.
```

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4   typewriting the foregoing video-audio file that was

5   provided to me, a Certified Shorthand Reporter and a

6   disinterested person, that it is a true and correct

7   transcription, and that I am in no way interested in the

8   outcome of the cause named in said caption.

9

10                   _____
                     Tina M. Velasquez

11                   California Certified Shorthand Reporter
                     Certification No. 10072

12

13                   Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 83

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION

 3                      -oOo-

 4   AASYLEI LOGGERVALE; AASYLEI        )
     HARDGE-LOGGERVALE; and AAOTTAE     )
 5   LOGGERVALE,                        )
                                        )
 6          Plaintiffs,                 )
                                        )  Case No.
 7          -vs-                        )  C20-4679-WHA
                                        )
 8   COUNTY OF ALAMEDA; STEVEN          )
     HOLLAND; MONICA POPE; KEITH        )
 9   LEEPER; ANOTHONY DeSOUSA; and      )
     DOES 1 to 50, inclusive,           )
10                                      )
            Defendants.                 )
11

12   San Francisco, California          February 4, 2021

13

14                      -oOo-

15      CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
               TAKEN ON FEBRUARY 4, 2021
16                     VIA ZOOM

17                      -oOo-

18

19

20

21

22   Reported by:
     Brooke Meyer, CSR License No. 13886
23   Atkinson-Baker, a Veritext Company
     www.depo.com
24   (800)288-3376
     File No: AF0074B
25
```

CERTIFIED COPY

1      A.   Ideally, yes.  If I can deter the crime, that is        12:50:44

2  the goal.  If I happen to catch them in the act, then           12:50:49

3  effect an arrest.  But deterring crime and keeping the          12:50:53

4  community safe is our goals as deputies.                        12:50:56

5      Q.   At some point, you and Deputy Pope did approach        12:50:59

6  the silver vehicle, correct?                                    12:51:03

7      A.   Yes.                                                   12:51:05

8      Q.   At the moment that you approached the vehicle          12:51:06

9  before you actually had any discussion with any occupant,       12:51:09

10 at that moment in time did you believe there was                12:51:13

11 reasonable suspicion to detain the occupants?                   12:51:15

12     A.   Yes.                                                   12:51:19

13     Q.   Based on what?                                         12:51:22

14         MR. GILBERT:  Asked and answered.  Go ahead.            12:51:29

15         THE WITNESS:  All the facts that we mentioned in        12:51:32

16 the last question and my reasons for the contact.  Do you       12:51:34

17 want me to go over those again?                                 12:51:37

18 BY MR. MAY:                                                     12:51:39

19     Q.   No.  I think we can refer to those.  Let me ask a      12:51:39

20 slightly different question.  When you did believe there        12:51:42

21 was reasonable suspicion, what crime were you suspecting        12:51:44

22 them of having committed or being about to commit?              12:51:49

23     A.   I believe the vehicle was there casing.  It            12:51:52

24 matched the descriptions from prior reports of auto             12:51:58

25 burglaries.  So either the suspects of the past auto            12:52:03

| | | |
|---|---|---|
| 1 | Q. Did you ever tell Deputy Pope to be careful | 13:59:58 |
| 2 | because you were afraid the driver of the silver car may | 14:00:01 |
| 3 | drive into her? | 14:00:05 |
| 4 | A. I don't recall. | 14:00:06 |
| 5 | Q. When you first made contact with the woman in the | 14:00:09 |
| 6 | driver's seat, was she allowed to leave at that very | 14:00:12 |
| 7 | moment? | 14:00:17 |
| 8 | A. No. | 14:00:17 |
| 9 | Q. Now during the interactions early on, you told | 14:00:18 |
| 10 | her that you were investigating auto break-ins, correct? | 14:00:28 |
| 11 | A. Yes. | 14:00:32 |
| 12 | Q. You told her that you had been having auto | 14:00:32 |
| 13 | break-ins every morning around that time, right? | 14:00:39 |
| 14 | A. I don't recall exactly what I said. But I had -- | 14:00:42 |
| 15 | something to the effect of that there were break-ins | 14:00:47 |
| 16 | occurring around that time at that place. | 14:00:51 |
| 17 | Q. After a little of bit of discussion, you asked | 14:00:54 |
| 18 | for her driver's license, correct? | 14:01:03 |
| 19 | A. Yes. | 14:01:06 |
| 20 | Q. Why did you do that? | 14:01:07 |
| 21 | A. Because I needed to identify her for my | 14:01:08 |
| 22 | investigation, and also to ensure that she had a valid | 14:01:17 |
| 23 | license and was allowed to be parked in that stall. | 14:01:23 |
| 24 | Q. You never observed the woman in the driver's seat | 14:01:26 |
| 25 | actually operating the motor vehicle, did you? | 14:01:30 |

Atkinson-Baker, a Veritext Company
www.depo.com

1  State of California,

2  County of San Francisco.

3

4            I, BROOKE MEYER, License No. 13886, a

5  Certified Shorthand Reporter of the State of California,

6  do hereby certify:

7            That the witness in the foregoing

8  deposition named was present at the time and place herein

9  specified;

10           That the said proceeding was taken before

11  me as a Certified Shorthand Reporter at the said time and

12  place and was taken down in shorthand writing by me;

13           That the said proceeding was thereafter,

14  under my direction, transcribed with the use of

15  computer-assisted transcription, and that the foregoing

16  transcript constitutes a full, true, and correct report of

17  the proceedings which then and there took place;

18           That I am a disinterested person to the

19  said action.

20           IN WITNESS WHEREOF, I have hereunto

21  subscribed my hand this 4th day of March, 2021.

22

23           Brooke Meyer, CSR #13886

24

25

EXHIBIT 84

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6        U.S. District Court, Northern District of California

7                    Case No. 4:20-cv-04679

8

9

10

11                         TRANSCRIPT OF:

12                BODY CAMERA VIDEO-AUDIO FILE

13

14            Body Camera Video-Audio File of

15              Deputy Steven Holland [AC_34]

16                   September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1                         ---o0o---

2              BEGINNING OF TRANSCRIPTION

3                         ---o0o---

4         MS. AASYLEI LOGGERVALE:  What the hell?  What the

5    hell?

6         DEPUTY HOLLAND:  Hi.

7         MS. AASYLEI LOGGERVALE:  Hi.

8         DEPUTY HOLLAND:  How are you?

9         MS. AASYLEI LOGGERVALE:  Fine.

10        DEPUTY HOLLAND:  What are you guys doing here?

11        MS. AASYLEI LOGGERVALE:  Waiting to go to Starbucks

12   in a second.  Why?  Is there a problem?  We can't sit

13   here?

14        DEPUTY HOLLAND:  Well, actually, let me tell you

15   why I'm here.

16        MS. AASYLEI LOGGERVALE:  Mm-hmm, mm-hmm.

17        DEPUTY HOLLAND:  I've been having auto break-ins in

18   this parking lot --

19        MS. AASYLEI LOGGERVALE:  Okay.

20        DEPUTY HOLLAND:  -- every morning around this time.

21        MS. AASYLEI LOGGERVALE:  Thank you very much for

22   telling me that.

23        DEPUTY HOLLAND:  So I've been driving around

24   here --

25        MS. AASYLEI LOGGERVALE:  Okay.

1        DEPUTY HOLLAND:  -- okay, and I've noticed that you

2   guys aren't doing nothing but hanging out.

3        MS. AASYLEI LOGGERVALE:  Yeah.  I just got in from

4   Vegas --

5        DEPUTY HOLLAND:  Okay.

6        MS. AASYLEI LOGGERVALE:  -- this morning.  I've

7   been driving all night.

8        DEPUTY HOLLAND:  Okay.

9        MS. AASYLEI LOGGERVALE:  Takes eight hours to get

10  here.

11       DEPUTY HOLLAND:  Well, relax.  That's my reason why

12  I'm talking to you --

13       MS. AASYLEI LOGGERVALE:  I'm from here, so -- this

14  is a rental car from the Bay Area, from Oakland.

15       DEPUTY HOLLAND:  Okay.

16       MS. AASYLEI LOGGERVALE:  Just because it's got

17  Nevada plates, it's not a --

18       DEPUTY HOLLAND:  It's not a Nevada car?

19       MS. AASYLEI LOGGERVALE:  No, I'm not Nevada.  I'm

20  from --

21       DEPUTY HOLLAND:  Do you have your I.D. on you?

22       MS. AASYLEI LOGGERVALE:  Yeah.  Okay.  So, wait a

23  minute.  Now, why you asking me for my I.D.?  You just

24  explained to me about the break-in.

25       DEPUTY HOLLAND:  Right.

1          REPORTER'S CERTIFICATE

2

3          I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                   _____
                      Tina M. Velasquez

11                   California Certified Shorthand Reporter
                      Certification No. 10072

12

13                   Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 85

1

2

3

4

5       LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6    U.S. District Court, Northern District of California

7                  Case No. 4:20-cv-04679

8

9

10

11                      TRANSCRIPT OF:

12              BODY CAMERA VIDEO-AUDIO FILE

13

14           Body Camera Video-Audio File of

15              Deputy Steven Holland [AC_34]

16                  September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
 1          DEPUTY HOLLAND:  -- okay, and I've noticed that you
 2    guys aren't doing nothing but hanging out.
 3          MS. AASYLEI LOGGERVALE:  Yeah.  I just got in from
 4    Vegas --
 5          DEPUTY HOLLAND:  Okay.
 6          MS. AASYLEI LOGGERVALE:  -- this morning.  I've
 7    been driving all night.
 8          DEPUTY HOLLAND:  Okay.
 9          MS. AASYLEI LOGGERVALE:  Takes eight hours to get
10    here.
11          DEPUTY HOLLAND:  Well, relax.  That's my reason why
12    I'm talking to you --
13          MS. AASYLEI LOGGERVALE:  I'm from here, so -- this
14    is a rental car from the Bay Area, from Oakland.
15          DEPUTY HOLLAND:  Okay.
16          MS. AASYLEI LOGGERVALE:  Just because it's got
17    Nevada plates, it's not a --
18          DEPUTY HOLLAND:  It's not a Nevada car?
19          MS. AASYLEI LOGGERVALE:  No, I'm not Nevada.  I'm
20    from --
21          DEPUTY HOLLAND:  Do you have your I.D. on you?
22          MS. AASYLEI LOGGERVALE:  Yeah.  Okay.  So, wait a
23    minute.  Now, why you asking me for my I.D.?  You just
24    explained to me about the break-in.
25          DEPUTY HOLLAND:  Right.
```

1       MS. AASYLEI LOGGERVALE:  But why you explain to me

2   -- my I.D.?  What's that about?  What did I do?  What

3   kind of crime did I commit?

4       DEPUTY HOLLAND:  What kind of crime did you commit?

5       MS. AASYLEI LOGGERVALE:  Yeah.  I'm asking you.

6   You asked me for my I.D.

7       DEPUTY HOLLAND:  Yeah, you have to give me your

8   I.D.

9       MS. AASYLEI LOGGERVALE:  Why do I have to give you

10  my I.D.?

11      DEPUTY HOLLAND:  Why?

12      MS. AASYLEI LOGGERVALE:  I don't have to give you

13  my I.D., because I haven't did anything.  You started

14  talking about a break-in --

15      DEPUTY HOLLAND:  Okay.

16      MS. AASYLEI LOGGERVALE:  -- I thanked you for

17  telling -- informing me that --

18      DEPUTY HOLLAND:  Right.

19      MS. AASYLEI LOGGERVALE:  -- I informed you that I'm

20  resting, because I'm about to go into Starbucks, right?

21      DEPUTY HOLLAND:  Mm-hmm.

22      MS. AASYLEI LOGGERVALE:  I informed you I've been

23  driving all night, right?

24      DEPUTY HOLLAND:  Well, Starbucks has been open for

25  about two hours.

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____
                      Tina M. Velasquez

11                    California Certified Shorthand Reporter
                      Certification No. 10072

12

13                    Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 86

LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

U.S. District Court, Northern District of California

Case No. 4:20-cv-04679

TRANSCRIPT OF:

BODY CAMERA VIDEO-AUDIO FILE

Body Camera Video-Audio File of

Deputy Shaun Eng [AC_31]

September 20, 2019

Audio Recording Transcribed by:
Tina M. Velasquez, CSR No. 10072

1              ---o0o---

2         BEGINNING OF TRANSCRIPTION

3              ---o0o---

4       MS. AAOTTAE LOGGERVALE:  What crime have I

5    committed?  I haven't committed a crime or anything.

6       MS. AASYLEI LOGGERVALE:  We haven't done anything.

7       DEPUTY ENG:  Where's the third one at?

8       UNKNOWN DEPUTY:  Walk with me over here.

9       MS. AAOTTAE LOGGERVALE:  Where's your third man?

10       MS. AASYLEI LOGGERVALE:  We haven't done anything.

11       MS. AAOTTAE LOGGERVALE:  Are you serious?

12       MS. AASYLEI LOGGERVALE:  We haven't done any- --

13       DEPUTY ENG:  Where's the third at?

14       MS. AASYLEI LOGGERVALE:  We haven't done anything,

15    and all of a sudden, we're getting arrested?  Wait a

16    minute.  What have we did?

17       DEPUTY ENG:  [Inaudible.]  We have three detained.

18       MS. AASYLEI LOGGERVALE:  Excuse me.  We haven't did

19    anything.  So can you get -- I asked for -- I don't have

20    a weapon on me.

21       DEPUTY HOLLAND:  I'm just checking.

22       MS. AASYLEI LOGGERVALE:  I asked for his superior,

23    his supervisor.  I asked for a supervisor.

24       DEPUTY HOLLAND:  Grab a seat.

25       DEPUTY ENG:  This is not how things work, ma'am.

1      MS. AASYLEI LOGGERVALE:  What are you talking

2   about?  We haven't did anything.

3      DEPUTY ENG:  You don't demand what we do.

4      MS. AASYLEI LOGGERVALE:  No, I'm not demanding

5   anything --

6      MS. AAOTTAE LOGGERVALE:  What have we done?  What

7   have we done?  What crime did we commit?

8      DEPUTY ENG:  Move the car.  28 and everything?

9      [Inaudible.]

10     UNKNOWN DEPUTY:  Can I get the last six?

11     DEPUTY ENG:  Had the keys in the....

12     MALE CIVILIAN:  [Inaudible] Officer.

13     DEPUTY ENG:  If you can squeeze your way out.

14     MS. AASYLEI LOGGERVALE:  Wait a minute.  We have

15  not done anything.  We have not done one thing.  And

16  you're -- this gentleman came up to the car; he knocked

17  on the window.  I explained to him that I just got in

18  from Vegas, and he just, all of a sudden -- he, all of a

19  sudden, started harassing us.

20     DEPUTY ENG:  Okay.  So let me -- I don't know

21  exactly why you were stopped.

22     MS. AASYLEI LOGGERVALE:  We didn't do anything.

23  No, we wasn't stopped.  We were in the parking lot

24  already.

25     DEPUTY ENG:  Can you listen to me?

1                        REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                       _____
         Tina M. Velasquez
11       California Certified Shorthand Reporter
         Certification No. 10072
12

13                    Transcribed: January 11, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 87

1

2

3

4

5              LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6         U.S. District Court, Northern District of California

7                      Case No. 4:20-cv-04679

8

9

10

11                          TRANSCRIPT OF:

12                   BODY CAMERA VIDEO-AUDIO FILE

13

14              Body Camera Video-Audio File of

15                   Deputy Monica Pope [AC_40]

16                       September 20, 2019

17

18

19

20

21

22

23

24    Audio Recording Transcribed by:
      Tina M. Velasquez, CSR No. 10072
25

```
1          Ma'am, my watch commander is here, all right?

2     We're going to have you speak to him.

3          DEPUTY POPE:  Ready.  Go.

4          DISPATCHER:  Stay calm, okay?

5          DEPUTY GALLOWAY:  We're going to have you speak to

6     my watch commander, okay?  All right?

7          MS. AAOTTAE LOGGERVALE:  I want my -- can you --

8     What is your problem?  Are you serious?

9          DEPUTY POPE:  I'll put it with her stuff.

10         MS. AAOTTAE LOGGERVALE:  He just took my phone.

11         DEPUTY GALLOWAY:  This is Deputy Galloway.  We're

12    going to hang up.

13         MS. AAOTTAE LOGGERVALE:  He just took my phone.

14         DISPATCHER:  Thank you.  Bye-bye.

15         DEPUTY GALLOWAY:  Bye.

16         DEPUTY POPE:  Perfect.  Thank you.

17         All right.  Admin mode.  Okay.

18         DEPUTY COCHRAN:  Actually, it wouldn't lock.

19         (No audio from 23:00 to 1:14:28.)

20         DEPUTY POPE:  [Inaudible.]

21         UNKNOWN MALE SPEAKER:  [Inaudible.]

22         DEPUTY POPE:  Yeah, you got to give us a minute.

23         UNKNOWN MALE SPEAKER:  Okay.

24         DEPUTY POPE:  That was me.

25         I have to go to the bathroom.
```

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____

                     Tina M. Velasquez

11                   California Certified Shorthand Reporter
                     Certification No. 10072

12

13                   Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

                  Body Camera Video-Audio File of        25
                  Deputy Monica Pope [AC_40]
                  September 20, 2019

1

2

3

4

5     LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6    U.S. District Court, Northern District of California

7              Case No. 4:20-cv-04679

8

9

10

11                    TRANSCRIPT OF:

12            BODY CAMERA VIDEO-AUDIO FILE

13

14         Body Camera Video-Audio File of

15           Deputy Steven Holland [AC_34]

16              September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1        DEPUTY POPE:  Admin.

2        DEPUTY HOLLAND:  -- and talk to my partners.

3        DEPUTY POPE:  Figure out what is going on?

4        (The following footage was video only, no audio.)

5                          ---oOo---

6                      END OF TRANSCRIPTION

7                          ---oOo---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4   typewriting the foregoing video-audio file that was

5   provided to me, a Certified Shorthand Reporter and a

6   disinterested person, that it is a true and correct

7   transcription, and that I am in no way interested in the

8   outcome of the cause named in said caption.

9

10                    _____
                     Tina M. Velasquez

11                   California Certified Shorthand Reporter
                     Certification No. 10072

12

13                   Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 89

1

2

3

4

5        LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6     U.S. District Court, Northern District of California

7                  Case No. 4:20-cv-04679

8

9

10

11                     TRANSCRIPT OF:

12            BODY CAMERA VIDEO-AUDIO FILE

13

14          Body Camera Video-Audio File of

15             Deputy Keith Leeper [AC_38]

16                 September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
 1    not going anywhere.

 2        [Indecipherable.]

 3        DEPUTY LEEPER:  Put your leg in the car.

 4        MS. AAOTTAE LOGGERVALE:  What did I do?

 5        DEPUTY POPE:  Put your foot in.

 6        MS. AAOTTAE LOGGERVALE:  What did I do?

 7        DEPUTY LEEPER:  [Inaudible] you're not putting your

 8    foot in the car --

 9        MS. AAOTTAE LOGGERVALE:  [Inaudible.]  I'm

10    asking --

11        DEPUTY LEEPER:  You're not following our

12    instructions.

13        MS. AAOTTAE LOGGERVALE:  I'm asking you a question.

14        DEPUTY POPE:  Resisting.

15        MS. AAOTTAE LOGGERVALE:  I'm asking you a question.

16    Why am I being arrested?

17        DEPUTY POPE:  You're obstructing us.

18        DEPUTY LEEPER:  Right now, you're --

19        DEPUTY POPE:  Get in the car.

20        DEPUTY LEEPER:  -- being arrested because you're

21    not listening to us.

22        MS. AAOTTAE LOGGERVALE:  What did I do to be

23    arrested?  What led up to this?  Can you answer that,

24    honestly?  You cannot.

25        DEPUTY LEEPER:  You won't let me.  You won't shut
```

1  up.

2       MS. AAOTTAE LOGGERVALE:  I'm listening.

3       DEPUTY POPE:  Put your foot in the car.

4       DEPUTY LEEPER:  Shut up and listen to all your

5  questions.

6       MS. AAOTTAE LOGGERVALE:  Why am I being arrested?

7       DEPUTY LEEPER:  Listen.  Stop.

8       MS. AAOTTAE LOGGERVALE:  Okay.  Why am I being

9  arrested?

10      DEPUTY LEEPER:  Stop.  I can't answer your question

11  if you don't stop talking.

12      MS. AAOTTAE LOGGERVALE:  I'm asking the question.

13  I'm waiting for the answer.  Sir, Officer Leeper, why am

14  I being arrested?

15      DEPUTY LEEPER:  Almost every damn morning, some car

16  gets broken into in this parking lot.

17      MS. AAOTTAE LOGGERVALE:  But was that our car?  Can

18  you answer that?

19      DEPUTY LEEPER:  He saw three people sitting in a

20  car --

21      MS. AAOTTAE LOGGERVALE:  Okay.

22      DEPUTY LEEPER:  -- just like yesterday morning.

23      MS. AAOTTAE LOGGERVALE:  Okay.

24      DEPUTY LEEPER:  He went to talk to you all --

25      MS. AAOTTAE LOGGERVALE:  Right.

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4   typewriting the foregoing video-audio file that was

5   provided to me, a Certified Shorthand Reporter and a

6   disinterested person, that it is a true and correct

7   transcription, and that I am in no way interested in the

8   outcome of the cause named in said caption.

9

10

         Tina M. Velasquez
11       California Certified Shorthand Reporter
         Certification No. 10072

12

13                  Transcribed: January 12, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 90

1   Exhibit 11, Partial Transcript

2   Played at Trial February 13, 2023

3   Trial Transcript Vol. 1, Page 187, line 3.

4

5   MS. AASYLEI HARDGE-LOGGERVALE:  Okay, go ahead and tell me.  What am I detained

6   for?

7   DEPUTY LEEPER:  WE have cars broken into in this parking lot every morning . . .

8   MS. AASYLEI HARDGE-LOGGERVALE:  Okay, okay, so is that us? Is this car one of the cars

9   that they said to watch out for?

10  DEPUTY LEEPER:  That's what we're trying to figure out.

11  MS. AASYLEI HARDGE-LOGGERVALE:  What, I'm . . .

12  DEPUTY LEEPER:  Every single time that somebody's had a car broken into here . . .

13  MS. AASYLEI HARDGE-LOGGERVALE:  Okay.

14  DEPUTY LEEPER:  The suspect vehicles had a Nevada plate on it.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# EXHIBIT 91

1

2

3

4

5      LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6    U.S. District Court, Northern District of California

7              Case No. 4:20-cv-04679

8

9

10

11                     TRANSCRIPT OF:

12            BODY CAMERA VIDEO-AUDIO FILE

13

14          Body Camera Video-Audio File of

15            Deputy Steven Holland [AC_34]

16               September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1        DEPUTY POPE:  Admin.

2        DEPUTY HOLLAND:  -- and talk to my partners.

3        DEPUTY POPE:  Figure out what is going on?

4        (The following footage was video only, no audio.)

5                           ---oOo---

6                     END OF TRANSCRIPTION

7                           ---oOo---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____
                     Tina M. Velasquez
11                   California Certified Shorthand Reporter
                     Certification No. 10072
12

13                   Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5       LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6     U.S. District Court, Northern District of California

7                  Case No. 4:20-cv-04679

8

9

10

11                     TRANSCRIPT OF:

12              BODY CAMERA VIDEO-AUDIO FILE

13

14            Body Camera Video-Audio File of

15              Deputy Monica Pope [AC_40]

16                 September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1         DEPUTY POPE:  Get your feet in the car.

2         MS. AAOTTAE LOGGERVALE:  These handcuffs are too

3    tight for me.

4         DEPUTY POPE:  Get your foot in the car.

5         MS. AAOTTAE LOGGERVALE:  Who can untighten these

6    handcuffs?  They're too tight for me.  You're rough.

7    Are you serious?

8         DEPUTY POPE:  Got her.  Leave it.

9         MS. AASYLEI LOGGERVALE:  It's a rental car.

10        DEPUTY POPE:  Admin.

11        DEPUTY HOLLAND:  Well, I'm going to --

12        DEPUTY POPE:  Are we admin?

13        DEPUTY HOLLAND:  -- talk to my partners.

14        DEPUTY POPE:  Figure out what is going on.

15        (No audio from 0:12:59 to 0:15:58.)

16        DEPUTY POPE:  Looking for IDs.  Here.

17        DEPUTY HOLLAND:  Thank you.

18        DEPUTY POPE:  That's only one purse back here.  I'm

19    finding IDs.

20        UNKNOWN DEPUTY:  So she's refusing to ID herself.

21        DEPUTY POPE:  Well, I found it already.  There's no

22    -- I don't have, like, a third purse.  I think we have a

23    back seat and a driver, but we don't have the front

24    passenger.

25        DEPUTY HOLLAND:  [Inaudible] Loggervale.  Robert,

1                    REPORTER'S CERTIFICATE

2

3         I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                   _____
     Tina M. Velasquez
11   California Certified Shorthand Reporter
     Certification No. 10072
12

13               Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 92

1

2

3

4

5         LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6        U.S. District Court, Northern District of California

7                    Case No. 4:20-cv-04679

8

9

10

11                         TRANSCRIPT OF:

12                 BODY CAMERA VIDEO-AUDIO FILE

13

14             Body Camera Video-Audio File of

15                 Deputy Monica Pope [AC_40]

16                    September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1      DEPUTY POPE:  Get your feet in the car.

2      MS. AAOTTAE LOGGERVALE:  These handcuffs are too

3  tight for me.

4      DEPUTY POPE:  Get your foot in the car.

5      MS. AAOTTAE LOGGERVALE:  Who can untighten these

6  handcuffs?  They're too tight for me.  You're rough.

7  Are you serious?

8      DEPUTY POPE:  Got her.  Leave it.

9      MS. AASYLEI LOGGERVALE:  It's a rental car.

10      DEPUTY POPE:  Admin.

11      DEPUTY HOLLAND:  Well, I'm going to --

12      DEPUTY POPE:  Are we admin?

13      DEPUTY HOLLAND:  -- talk to my partners.

14      DEPUTY POPE:  Figure out what is going on.

15      (No audio from 0:12:59 to 0:15:58.)

16      DEPUTY POPE:  Looking for IDs.  Here.

17      DEPUTY HOLLAND:  Thank you.

18      DEPUTY POPE:  That's only one purse back here.  I'm

19  finding IDs.

20      UNKNOWN DEPUTY:  So she's refusing to ID herself.

21      DEPUTY POPE:  Well, I found it already.  There's no

22  -- I don't have, like, a third purse.  I think we have a

23  back seat and a driver, but we don't have the front

24  passenger.

25      DEPUTY HOLLAND:  [Inaudible] Loggervale.  Robert,

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____
                      Tina M. Velasquez
11                    California Certified Shorthand Reporter
                      Certification No. 10072
12

13                    Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 93

1

2

3

4

5      LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6    U.S. District Court, Northern District of California

7             Case No. 4:20-cv-04679

8

9

10

11               TRANSCRIPT OF:

12        BODY CAMERA VIDEO-AUDIO FILE

13

14        Body Camera Video-Audio File of

15        Lieutenant Anthony DeSousa [AC_30]

16            September 20, 2019

17

18

19

20

21

22

23

24  Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1   a situation like this.

2       LIEUTENANT DeSOUSA:  No, I understand that.

3       MS. AASYLEI LOGGERVALE:  And they're not trying to

4   get emotional, but they're like, "Look, what did we do?

5       LIEUTENANT DeSOUSA:  Yeah, I get it.

6       MS. AASYLEI LOGGERVALE:  "We didn't do anything.  We

7   were just here, resting."

8       LIEUTENANT DeSOUSA:  I get it.  I can't argue with

9   you.  I'm not going to argue with you about that, but I

10   do want you to kind of see his side, too, because I told

11   him I'm going to talk to you -- hold on.

12       Hey, Keith.  Yeah, I'm talking to the mom right

13   now.  I'll call you back.  Okay.

14       That's my sergeant.  So just like I kind of want

15   you to understand his side, I want him to understand

16   your side, too, okay, because everybody has a side.  I

17   don't want to take you guys to jail.  I don't want to

18   take you to jail.  I don't want to take your kids to

19   jail.

20       MS. AASYLEI LOGGERVALE:  But we didn't do anything.

21   What did we do to go to jail?

22       LIEUTENANT DeSOUSA:  So the way it works is like

23   this.  So, say -- I'm just going to run a situation down.

24       MS. AASYLEI LOGGERVALE:  Uh-huh.

25       LIEUTENANT DeSOUSA:  He contacts you.  I mean, we

 1   understand his point of view, too.  There's reasons why
 2   he was here.  It wasn't that he just made something up.
 3        MS. AASYLEI LOGGERVALE:  No, I --
 4        LIEUTENANT DeSOUSA:  It's legitimate reasons why he
 5   came to talk to you.
 6        MS. AASYLEI LOGGERVALE:  I get that.  And I said to
 7   him -- when he said that, I said, "Oh, okay, Officer,"
 8   like that.  And I said, "I totally understand."  But then
 9   when he went to ask me for my I.D. and stuff, I was like,
10   "Well, what did I do?"  Like, you asking me for that --
11   you can run my plates or whatever.  I didn't do
12   anything."
13        Like, I don't now see the connection.  That's like
14   someone saying, "Oh, we got a description of somebody
15   robbing Starbucks, and they're this person.  They're
16   Latino -- brown, Latino woman."  And I'm a Black Latino
17   -- I'm a Black, African-American woman.  And it's just
18   mistaken.  It's like, when do you know you need to stop,
19   because it's not right?  Something's going wrong here.
20        LIEUTENANT DeSOUSA:  So I will say this.  For me,
21   it's a little bit different.  For him, it might be a --
22   every officer's a little bit different --
23        MS. AASYLEI LOGGERVALE:  Right.
24        LIEUTENANT DeSOUSA:  -- every deputy's a little bit
25   different.

```
 1        MS. AASYLEI LOGGERVALE:  Right.
 2        LIEUTENANT DeSOUSA:  You know, I might come and talk
 3   to you, and then within five seconds, I might say, "Oh,
 4   okay.  Sorry about that --"
 5        MS. AASYLEI LOGGERVALE:  Right.
 6        LIEUTENANT DeSOUSA:  "-- this is what's going on --"
 7        MS. AASYLEI LOGGERVALE:  Right.
 8        LIEUTENANT DeSOUSA:  "-- have a good day," and I'm
 9   out of here, but he might have taken that initial police
10   report.  I don't know.  Like, I don't know all the
11   different things that go into this --
12        MS. AASYLEI LOGGERVALE:  Right.
13        LIEUTENANT DeSOUSA:  -- and I hate to say it, but
14   it's, like, 30 different things combined in why we're
15   here right now.
16        MS. AASYLEI LOGGERVALE:  Right.
17        LIEUTENANT DeSOUSA:  So I can't speak for him.  What
18   I can say is, if I didn't take this police report and all
19   I had was, "Hey, there's some silver cars with some Black
20   males breaking into cars about this time," and I would
21   have contacted you, I seen you and maybe your girls in
22   the back, maybe in my mind -- and I don't know for sure
23   yet, because I didn't do the stop, but maybe in my mind,
24   I would have said, "Okay, by talking to you, this doesn't
25   appear them."
```

1     MS. AASYLEI LOGGERVALE:  Right.

2     LIEUTENANT DeSOUSA:  I don't know, though.  I wasn't

3  here, okay?  So for him, he might have -- I think he's

4  the one that took that police report yesterday.  So he,

5  maybe, in his mind, wanted to investigate a little bit

6  further.  Because I will say this.  I've been doing this

7  for a long time, 18 years --

8     MS. AASYLEI LOGGERVALE:  And if you look in our

9  trunk, our stuff, all luggage, is packed for vacation.

10    LIEUTENANT DeSOUSA:  I'm not trying to take you to

11 jail.  That's not what I'm trying to do.  I want you to

12 understand.  I don't want you -- a lot of people leave

13 from police officers -- and I always say my goal is for

14 people to have a better experience than they think.  You

15 already said, "Hey, YouTube, YouTube, YouTube."

16    MS. AASYLEI LOGGERVALE:  Right.

17    LIEUTENANT DeSOUSA:  I hate that, because I'm a

18 human being, just like you.

19    MS. AASYLEI LOGGERVALE:  Right.

20    LIEUTENANT DeSOUSA:  Okay?  I got a little girl; I

21 got a wife; I got a family, so --

22    MS. AASYLEI LOGGERVALE:  True respect, and don't

23 judge the next one and the next.  But I'm here to tell

24 you, I feel like that officer that was with him could --

25 I don't know -- could have said --

```
 1   going -- stopping at my aunt's, and then we'll be leaving
 2   for San Diego --
 3         LIEUTENANT DeSOUSA:  San Diego.
 4         AASYLEI HARDGE-LOGGERVALE:  Going there for just,
 5   like, a quick getaway, because at the end of the month,
 6   we'll be going to Dubai.
 7         LIEUTENANT DeSOUSA:  For Dubai?
 8         AASYLEI HARDGE-LOGGERVALE:  We're going to Dubai,
 9   yeah.
10         LIEUTENANT DeSOUSA:  All right.  So between me and
11   you, besides what you said, is there any issues that you
12   have right now that I can address, any questions that I
13   can answer?  Like I said, I don't want to arrest you
14   guys, but I want to make sure you're okay.  I mean,
15   physically, are you okay?
16         AASYLEI HARDGE-LOGGERVALE:  These cuffs are a little
17   tight --
18         LIEUTENANT DeSOUSA:  I'll take the cuffs off --
19         AASYLEI HARDGE-LOGGERVALE:  I have to use the
20   restroom.
21         LIEUTENANT DeSOUSA:  Okay.  I'll take the cuffs off
22   you.
23         AASYLEI HARDGE-LOGGERVALE:  [Inaudible] -- officer
24   that I had to use the restroom.
25         LIEUTENANT DeSOUSA:  I'll let you use the bathroom.
```

```
 1    everything's okay, because there has been a couple of
 2    break-ins in the car."
 3        "Yes, I thank you for that."  But then it got to
 4    the point where it's like, okay, what are we [inaudible]
 5    we are guilty of something --
 6        LIEUTENANT DeSOUSA:  And maybe that's where, like I
 7    told your mom --
 8        AASYLEI HARDGE-LOGGERVALE:  And especially when you
 9    just informed me of the profile, and we didn't fit the
10    profile, besides the silver car.
11        LIEUTENANT DeSOUSA:  Well, silver car.  You guys are
12    African American --
13        (Indecipherable crosstalk.)
14        AASYLEI HARDGE-LOGGERVALE:  -- African-American
15    woman with her two children.
16        LIEUTENANT DeSOUSA:  But he doesn't know that until
17    he gets to the car.  I'm just telling you what's going
18    on.
19        AASYLEI HARDGE-LOGGERVALE:  Well, at that point, I
20    feel like he still shouldn't ask for our identification.
21    He should just: "Have a good day."
22        LIEUTENANT DeSOUSA:  Maybe he should have.  And I
23    told your mom this exact thing.  I said, "You know what,
24    I will approach a situation different than him, than her,
25    than him."  I might have came up to the car: "Hey, how
```

1   you guys doing?  The reason I'm talking to you guys --"

2      MS. AASYLEI HARDGE-LOGGERVALE:  Yeah.

3      LIEUTENANT DeSOUSA:  "-- is because of blah, blah,

4   blah."

5      MS. AASYLEI HARDGE-LOGGERVALE:  I've been up all

6   night, studying for my calc test.

7      LIEUTENANT DeSOUSA:  No, I understand.

8      MS. AASYLEI HARDGE-LOGGERVALE:  She knocks on the

9   door, and she flashes the flashlight right in my eyes.

10  Like, what was the need for that?  You see any tools to

11  break into a car inside of this car?  You don't.

12     LIEUTENANT DeSOUSA:  And with me, maybe I would have

13  said, "You know what, I'm sorry.  You guys have a good

14  day."  But maybe he saw something.  I don't know.  I

15  haven't watched the video.  And that's what I'm saying.

16  I don't have -- I wish I had 100 percent of what I needed

17  to talk to you guys.  And that's why I told your mom I'll

18  call her later, after I look at everything.

19     But I kind of want you to have an understanding of

20  why we're here right now.  I don't like that we're here,

21  but we're here.  So I kind of got to fix this, make sure

22  you guys are okay and get you guys on your way, so

23  hopefully, you can do good on this test and do what you

24  got to do, okay?

25     Is there any questions you have for me?  Anything.

1   every single day.  Okay?  Anything else?  No?

2       MS. AASYLEI HARDGE-LOGGERVALE:  No.  That'll be all.

3       LIEUTENANT DeSOUSA:  Okay.  Here.  Get out.

4       I'm going to let her use the bathroom.

5       DEPUTY LEEPER:  I can do the cuffs.

6       LIEUTENANT DeSOUSA:  All right.  Where's the other

7   one?

8       Goddamn.

9       DEPUTY HOLLAND:  Over here.

10      LIEUTENANT DeSOUSA:  I think it's not beeping

11  anymore, but....

12      So I will say both of them said they have no

13  injuries.  They're okay.  Obviously, they're not --

14  they're upset about the situation, and it's

15  understandable, but they have no -- they're not hurt, or

16  anything like that.  So I don't think they'll give you a

17  statement on it, but I talked to them, and I want to

18  make sure they're okay.

19      Hello.

20      MS. AAOTTAE LOGGERVALE:  Are you the captain?

21      LIEUTENANT DeSOUSA:  I'm the lieutenant, actually.

22  So I'm going to talk to you for one second.

23      MS. AAOTTAE LOGGERVALE:  [Inaudible] out here.  I

24  didn't want to [inaudible] -- I've been treated wrong

25  ever since they arrested me for no reason.  Have you

1   That's just -- wow.  That's -- wow.  Never experienced

2   this, ever.

3        LIEUTENANT DeSOUSA:  Have a seat.  Let me talk to

4   you.

5        MS. AAOTTAE LOGGERVALE:  How hard was that?  I asked

6   you if you could please do that.

7        LIEUTENANT DeSOUSA:  Let's close this, so we can --

8   okay.  So I know they've tried to explain things to you.

9   I'm going to do it a lot differently than they did, okay?

10  Do you know why they contacted you?

11       MS. AAOTTAE LOGGERVALE:  Yes.

12       LIEUTENANT DeSOUSA:  Now, I'm just going to go over

13  it, because I did it with your mom, and I did it with

14  your sister.  They contacted you because there's a

15  Starbucks up the street, and there's actually a Starbucks

16  on Hesperian and Lewelling, and they've been getting

17  broken into, cars.  People been coming up, breaking

18  windows, taking, you know, women's purses and guys'

19  backpacks and whatever the case is.

20       So he saw a silver car, which matched the

21  description of the vehicles that's been happening, and

22  what he thought -- because it's been African-American

23  males, what he thought was an African-American male in

24  the driver's seat, okay?  So that's initially why he

25  contacted you.

```
 1    cooperate.  We're not going to tell you."  Go about our
 2    day.  Roll the windows up, roll the windows up.  I was
 3    sweating, hot.  He just turned the air conditioner on.
 4           LIEUTENANT DeSOUSA:  No, I understand.
 5           MS. AAOTTAE LOGGERVALE:  I have asthma.  Like, are
 6    you serious?
 7           LIEUTENANT DeSOUSA:  Do you need an inhaler?
 8           MS. AAOTTAE LOGGERVALE:  It's okay.
 9           LIEUTENANT DeSOUSA:  Okay.  I mean, do you?  No?
10    Okay.
11           And those are some of the things when -- I mean,
12    you guys are being detained, obviously, but those are
13    some of the things that I need to know, because if it's
14    things that I need to change with the guys that work for
15    me, then it's something I need to have a conversation.
16           Nobody's perfect.  I'm not perfect, you're not
17    perfect, they're not perfect, but at the same time, if
18    this situation ever arises again, I want them to handle
19    it differently, okay?  The big thing is, do you have
20    questions for me?  Anything.
21           What I told your mom is this: I don't want to
22    arrest you guys.  That's not my goal, okay?  You guys --
23           MS. AAOTTAE LOGGERVALE:  Even if you did arrest us,
24    for what?
25           LIEUTENANT DeSOUSA:  I'm not going to arrest you.
```

 1   You know, people are different.  I'm different.  I'll

 2   talk to people all day long.  I'll tell you right now,

 3   there's cops that wouldn't spend two seconds with you,

 4   just because that's how they are.  And there's guys that

 5   I've talked to on the street, knowing people wouldn't

 6   spend two seconds with me, so -- but I'm not like that.

 7   So I'm going to come in.  I'm going to talk to you.  I'm

 8   going to make sure you're okay.

 9        I'm going to let your sister go use the bathroom,

10   but I told her I got to talk to you, too.  You're part

11   of this situation.  I don't care if you're a juvenile.

12   I don't care if you're 12, or whatever the case is.  I

13   want to make sure you're okay.

14        Mentally, you might be pissed off forever.  And if

15   you want to come down and go off at me at the station,

16   just ask for me, and we can talk.  I have no issues with

17   that.  But I don't want you to leave and not think

18   anything was explained to you guys, because I don't want

19   to arrest you guys.  Your sister got a test coming up.

20   You guys are going down to, what, San Diego.  You just

21   came from Las Vegas.  You guys need to go live your

22   life.

23        But at the same time, this is a bump in the road,

24   and I want to make sure, at least, you guys understand

25   why that bump's there.  You might not agree with it, but

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                        _____
                          Tina M. Velasquez

11                        California Certified Shorthand Reporter
                          Certification No. 10072

12

13                        Transcribed: January 12, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 94

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6       U.S. District Court, Northern District of California

7                   Case No. 4:20-cv-04679

8

9

10

11                         TRANSCRIPT OF:

12                 BODY CAMERA VIDEO-AUDIO FILE

13

14              Body Camera Video-Audio File of

15                 Deputy Monica Pope [AC_40]

16                    September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
 1                        ---o0o---

 2              BEGINNING OF TRANSCRIPTION

 3                        ---o0o---

 4       DEPUTY POPE:  Oh, there's one, in his windshield.

 5   I'll just confirm it.

 6       DEPUTY HOLLAND:  Hi, how are you?

 7       Well, actually, the reason -- [inaudible].

 8       [Inaudible.]

 9       DEPUTY HOLLAND:  Why are you being so --

10   [inaudible].  It's not going to go anywhere if you

11   cooperate.  You see this thing right here [inaudible].

12       You say you're a local resident.  You're from here.

13   Well, this could be a completely positive encounter,

14   okay?  Do you have a valid driver's license?  Okay.

15       [Inaudible.]

16       DEPUTY POPE:  Do you want me to run the placard?

17       DEPUTY HOLLAND:  I'll give you a card when we're

18   done.  Guess what, I'm not in any rush.  I can hang out

19   here till you want to give me your ID.

20       [Inaudible.]

21       DEPUTY POPE:  Excuse me.

22       MS. AASYLEI HARDGE-LOGGERVALE:  Well, you were

23   standing to the car.

24       MS. AAOTTAE LOGGERVALE:  [Inaudible.]

25       MS. AASYLEI HARDGE-LOGGERVALE:  I popped the trunk.
```

REPORTER'S CERTIFICATE

    I do hereby certify that I transcribed into

typewriting the foregoing video-audio file that was

provided to me, a Certified Shorthand Reporter and a

disinterested person, that it is a true and correct

transcription, and that I am in no way interested in the

outcome of the cause named in said caption.


_____
Tina M. Velasquez
California Certified Shorthand Reporter
Certification No. 10072


         Transcribed: January 13, 2021

# EXHIBIT 95

1

2

3

4

5       LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6     U.S. District Court, Northern District of California

7              Case No. 4:20-cv-04679

8

9

10

11                    TRANSCRIPT OF:

12             BODY CAMERA VIDEO-AUDIO FILE

13

14          Body Camera Video-Audio File of

15             Deputy Monica Pope [AC_206]

16                September 19, 2019

17

18

19

20

21

22

23   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
24

25

```
1                          ---o0o---

2              BEGINNING OF TRANSCRIPTION

3                          ---o0o---

4        DEPUTY POPE:  Hi.

5        MS. STEPHANIE SIBERT:  Hello.

6        KIMMIE [last name unknown]:  Hi.

7        DEPUTY POPE:  What did they tell you?

8        MS. STEPHANIE SIBERT:  The Starbucks staff told us

9    that the glass spot over there was yesterday, right

10   around the same time.

11       DEPUTY POPE:  Oh, really?

12       MS. STEPHANIE SIBERT:  Yeah.  When we pulled in --

13   I was telling her I wish I paid more attention to it,

14   because I don't think I could give you a good

15   description.  There was a small hatchback here, with two

16   kids in it, and then they pulled in the parking spot

17   over there, and they didn't get out of their car, which

18   I thought was really odd.  Like, one of them reached

19   over the seat and was digging out of the back seat.

20       KIMMIE [last name unknown]:  But nothing super

21   important was stolen.  Just my school stuff.  And I

22   didn't write anything important -- I think the most

23   important thing I wrote down is -- our teacher said we

24   had to write down our parents' phone number in our

25   planner.
```

1        MS. STEPHANIE SIBERT:  Plus, it's just useful to

2    have a report for insurance.

3        DEPUTY LEEPER:  I'm going to go drive by the other

4    Starbucks.

5        DEPUTY POPE:  So, small SUV.  Tinted windows?

6        MS. STEPHANIE SIBERT:  It was a hatchback.  It was

7    a little car.

8        DEPUTY POPE:  Oh, not an SUV?

9        MS. STEPHANIE SIBERT:  Not an SUV.  It was a little

10   hatchback.

11       DEPUTY POPE:  But a Mitsubishi?

12       MS. STEPHANIE SIBERT:  No, I don't know --

13       KIMMIE [last name unknown]:  I didn't check.

14       MS. STEPHANIE SIBERT:  Two kids --

15       DEPUTY POPE:  So, gray or silver?

16       KIMMIE [last name unknown]:  One of them had a

17   bright-red beanie.

18       MS. STEPHANIE SIBERT:  No.  I said silver was my

19   car when I drove in.  I didn't say anything --

20       KIMMIE [last name unknown]:  Well, they had, like,

21   a dark --

22       MS. STEPHANIE SIBERT:  I said our car was a minivan

23   that was silver --

24       DEPUTY POPE:  What was their car?

25       KIMMIE [last name unknown]:  It was, like, a dark

1   gray.

2       MS. STEPHANIE SIBERT: It was, like, a dark gray --

3       DEPUTY POPE: Small, two-door?

4       KIMMIE [last name unknown]: I think so, yeah.

5       MS. STEPHANIE SIBERT: Maybe it was a two-door. It

6   was a hatchback. It had two kids. There was a --

7       DEPUTY POPE: Tinted windows? Not tinted windows?

8       KIMMIE [last name unknown]: I think it was kind of

9   tinted.

10      MS. STEPHANIE SIBERT: You could see in, but it was

11   grayish, and then there was a kid with a red baseball

12   hat in the passenger seat.

13      DEPUTY POPE: So not a hoody?

14      KIMMIE [last name unknown]: A kid with a --

15      MS. STEPHANIE SIBERT: Not a hoody. It was a red

16   baseball hat. I'm not that stereotypical.

17      KIMMIE [last name unknown]: No. The driver did

18   have a dark-gray hoody on, though.

19      MS. STEPHANIE SIBERT: Oh, there you go. Driver

20   had a hoody.

21      DEPUTY POPE: Small, two-door hatchback.

22      UNKNOWN SPEAKER: [Inaudible.]

23      DEPUTY POPE: No. Unknown make.

24      MS. STEPHANIE SIBERT: Yeah, there was a lady here

25   in a Tesla, and so she said that there might be pictures

1    in the Tesla Cloud.  We checked the restaurants, and

2    none of them have external cameras.

3        DEPUTY POPE:  So a small, two-door hatchback,

4    unknown make --

5        MS. STEPHANIE SIBERT:  Yeah.

6        DEPUTY POPE:  -- tinted windows.

7        Oh.

8        DEPUTY HOLLAND:  Whose car is this?

9        MS. STEPHANIE SIBERT:  Mine.  She's 12.

10       KIMMIE [last name unknown]:  Hi.

11       DEPUTY POPE:  And you think they looked younger?

12       MS. STEPHANIE SIBERT:  Yeah.  Like, high school.

13   Not even, like, twenties.

14       DEPUTY POPE:  Red baseball hat?

15       MS. STEPHANIE SIBERT:  Yeah.

16       DEPUTY POPE:  So one had a red baseball hat --

17       MS. STEPHANIE SIBERT:  Yeah, the passenger was --

18   he was Black; he had a red baseball hat.  The driver

19   was, I'd say, probably Latin, and Kimmie says he was

20   wearing a gray hoody, but I couldn't vouch for that.

21       I know that all of those are really generic things

22   and probably won't help you match, but -- like I said, I

23   only paid attention to, like, "Oh they moved, and that

24   was odd," and then I just kind of went on with my day.

25       KIMMIE [last name unknown]:  I mean, like, I was

1        REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                       _____
        Tina M. Velasquez
11      California Certified Shorthand Reporter
        Certification No. 10072
12

13        Transcribed: May 25, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 96

1

2

3

4

5       LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6     U.S. District Court, Northern District of California

7              Case No. 4:20-cv-04679

8

9

10

11                  TRANSCRIPT OF:

12            BODY CAMERA VIDEO-AUDIO FILE

13

14          Body Camera Video-Audio File of

15           Deputy Steven Holland [AC_33]

16               July 10, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
 1    was something in there.
 2         DEPUTY HOLLAND:  Well, whenever there's a bag in the
 3    back seat, this will happen sooner or later.
 4         MR. THOMAS GOMEZ:  Two bags.  Fuck, I had so much
 5    stuff in there.
 6         DEPUTY HOLLAND:  They already turned everything off?
 7         MR. THOMAS GOMEZ:  Yeah, it's not tracking.  That's
 8    the AirPods, and then that's the iPad, and I don't --
 9    they're not beeping.
10         DEPUTY HOLLAND:  Okay.  Well, sorry.
11         MR. THOMAS GOMEZ:  Fuck.
12         DEPUTY HOLLAND:  I came up this way, and they said
13    the car went that way, but -- silver car, and I saw about
14    ten silver cars.
15         MR. THOMAS GOMEZ:  Sure.  Yeah.
16         DEPUTY HOLLAND:  Well, two things.  I'll be honest.
17    The odds of us catching these guys aren't very high.  We
18    can do a criminal investigation if -- I'm going to go
19    check with them.  If they have cameras and we can get the
20    footage, odds are we can most likely get something to
21    help find these people.
22         MR. MARK HAAKE:  Maybe we'll catch them, but our
23    stuff is gone.
24         DEPUTY HOLLAND:  Oh, it'll be gone --
25         MR. MARK HAAKE:  -- instantly.
```

```
 1        DEPUTY HOLLAND:  Yeah.  They know where to offload
 2    that quick.  Is the goal to put him in jail or get
 3    something for insurance and work to --
 4        MR. MARK HAAKE:  I have to get -- well, especially
 5    being a rental car, I got to be able to have
 6    documentation on everything, so -- because they're going
 7    to try to charge me for this, obviously.
 8        DEPUTY HOLLAND:  Oh, no, no.  This is obviously not
 9    an accident.  You know what I mean?
10        [Inaudible] Washington plate.  8-Paul-North-6387.
11        You guys got your IDs on you?
12        MR. MARK HAAKE:  Yeah.  Should have picked the other
13    Starbucks.
14        DEPUTY HOLLAND:  I've never been to an auto car
15    burglary at this Starbucks.
16        MR. MARK HAAKE:  Oh, no kidding?
17        DEPUTY HOLLAND:  Typically what they do is, they
18    come in, and they rob the T-Mobile when that's open.
19        MR. THOMAS GOMEZ:  Did you have your computer in
20    there?  We were just talking about how heavy our bags are
21    because of all the shit we carry.
22        MR. MARK HAAKE:  Yep.
23        MR. THOMAS GOMEZ:  Trying to think what else I had
24    in there.
25        DEPUTY HOLLAND:  [Inaudible.]
```

1        MR. THOMAS GOMEZ:  It's a while ago.

2        MR. MARK HAAKE:  What?  You got it from when you

3   were 20 or something?

4        MR. THOMAS GOMEZ:  In my twenties, yeah.

5        DEPUTY HOLLAND:  I always like to try to make a

6   little light out of the situation.

7        MR. THOMAS GOMEZ:  Yeah, you got to.

8        At least you got your drink.  I was going to tell

9   you to stay in the car, because you were on the phone.

10  I was like, I'll just get your order, man.  It wasn't

11  because I was scared --

12       MR. MARK HAAKE:  Yeah, yeah, yeah.

13       MR. THOMAS GOMEZ:  -- I was just thinking I can go

14  grab the stuff.

15       DEPUTY HOLLAND:  You guys frequent this area a lot?

16       MR. MARK HAAKE:  First time here.

17       MR. THOMAS GOMEZ:  Both from out of town, yeah.

18       DEPUTY HOLLAND:  Well, this sucks that this

19  happened.  This is a really good area right here.  I'm

20  telling you, this -- I've been doing this seven years.

21  This is the first time I've come here for this.

22       MR. THOMAS GOMEZ:  Okay.

23       MR. MARK HAAKE:  It happened so fast.  They had to

24  have been waiting.

25       MR. THOMAS GOMEZ:  She said -- the witness was

REPORTER'S CERTIFICATE

     I do hereby certify that I transcribed into

typewriting the foregoing video-audio file that was

provided to me, a Certified Shorthand Reporter and a

disinterested person, that it is a true and correct

transcription, and that I am in no way interested in the

outcome of the cause named in said caption.


                    _____
                    Tina M. Velasquez
                    California Certified Shorthand Reporter
                    Certification No. 10072


                    Transcribed: May 25, 2021

# EXHIBIT 97

LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

U.S. District Court, Northern District of California

Case No. 4:20-cv-04679

TRANSCRIPT OF:

BODY CAMERA VIDEO-AUDIO FILE

Body Camera Video-Audio File of

Deputy Monica Pope [AC_40]

September 20, 2019

Audio Recording Transcribed by:
Tina M. Velasquez, CSR No. 10072

1                      ---o0o---

2            BEGINNING OF TRANSCRIPTION

3                      ---o0o---

4        DEPUTY POPE:  Oh, there's one, in his windshield.

5    I'll just confirm it.

6        DEPUTY HOLLAND:  Hi, how are you?

7        Well, actually, the reason -- [inaudible].

8        [Inaudible.]

9        DEPUTY HOLLAND:  Why are you being so --

10   [inaudible].  It's not going to go anywhere if you

11   cooperate.  You see this thing right here [inaudible].

12       You say you're a local resident.  You're from here.

13   Well, this could be a completely positive encounter,

14   okay?  Do you have a valid driver's license?  Okay.

15       [Inaudible.]

16       DEPUTY POPE:  Do you want me to run the placard?

17       DEPUTY HOLLAND:  I'll give you a card when we're

18   done.  Guess what, I'm not in any rush.  I can hang out

19   here till you want to give me your ID.

20       [Inaudible.]

21       DEPUTY POPE:  Excuse me.

22       MS. AASYLEI HARDGE-LOGGERVALE:  Well, you were

23   standing to the car.

24       MS. AAOTTAE LOGGERVALE:  [Inaudible.]

25       MS. AASYLEI HARDGE-LOGGERVALE:  I popped the trunk.

REPORTER'S CERTIFICATE

        I do hereby certify that I transcribed into
typewriting the foregoing video-audio file that was
provided to me, a Certified Shorthand Reporter and a
disinterested person, that it is a true and correct
transcription, and that I am in no way interested in the
outcome of the cause named in said caption.


                    _____
                    Tina M. Velasquez
                    California Certified Shorthand Reporter
                    Certification No. 10072


                    Transcribed: January 13, 2021

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6       U.S. District Court, Northern District of California

7                    Case No. 4:20-cv-04679

8

9

10

11                         TRANSCRIPT OF:

12                  BODY CAMERA VIDEO-AUDIO FILE

13

14                Body Camera Video-Audio File of

15                  Deputy Steven Holland [AC_34]

16                     September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

| | |
|---|---|
| 1 | ---oOo--- |
| 2 | BEGINNING OF TRANSCRIPTION |
| 3 | ---oOo--- |

4  MS. AASYLEI LOGGERVALE:  What the hell?  What the

5  hell?

6  DEPUTY HOLLAND:  Hi.

7  MS. AASYLEI LOGGERVALE:  Hi.

8  DEPUTY HOLLAND:  How are you?

9  MS. AASYLEI LOGGERVALE:  Fine.

10  DEPUTY HOLLAND:  What are you guys doing here?

11  MS. AASYLEI LOGGERVALE:  Waiting to go to Starbucks

12  in a second.  Why?  Is there a problem?  We can't sit

13  here?

14  DEPUTY HOLLAND:  Well, actually, let me tell you

15  why I'm here.

16  MS. AASYLEI LOGGERVALE:  Mm-hmm, mm-hmm.

17  DEPUTY HOLLAND:  I've been having auto break-ins in

18  this parking lot --

19  MS. AASYLEI LOGGERVALE:  Okay.

20  DEPUTY HOLLAND:  -- every morning around this time.

21  MS. AASYLEI LOGGERVALE:  Thank you very much for

22  telling me that.

23  DEPUTY HOLLAND:  So I've been driving around

24  here --

25  MS. AASYLEI LOGGERVALE:  Okay.

```
1          DEPUTY HOLLAND:  -- okay, and I've noticed that you
2     guys aren't doing nothing but hanging out.
3          MS. AASYLEI LOGGERVALE:  Yeah.  I just got in from
4     Vegas --
5          DEPUTY HOLLAND:  Okay.
6          MS. AASYLEI LOGGERVALE:  -- this morning.  I've
7     been driving all night.
8          DEPUTY HOLLAND:  Okay.
9          MS. AASYLEI LOGGERVALE:  Takes eight hours to get
10    here.
11         DEPUTY HOLLAND:  Well, relax.  That's my reason why
12    I'm talking to you --
13         MS. AASYLEI LOGGERVALE:  I'm from here, so -- this
14    is a rental car from the Bay Area, from Oakland.
15         DEPUTY HOLLAND:  Okay.
16         MS. AASYLEI LOGGERVALE:  Just because it's got
17    Nevada plates, it's not a --
18         DEPUTY HOLLAND:  It's not a Nevada car?
19         MS. AASYLEI LOGGERVALE:  No, I'm not Nevada.  I'm
20    from --
21         DEPUTY HOLLAND:  Do you have your I.D. on you?
22         MS. AASYLEI LOGGERVALE:  Yeah.  Okay.  So, wait a
23    minute.  Now, why you asking me for my I.D.?  You just
24    explained to me about the break-in.
25         DEPUTY HOLLAND:  Right.
```

1      MS. AASYLEI LOGGERVALE:  But why you explain to me
2  -- my I.D.?  What's that about?  What did I do?  What
3  kind of crime did I commit?
4      DEPUTY HOLLAND:  What kind of crime did you commit?
5      MS. AASYLEI LOGGERVALE:  Yeah.  I'm asking you.
6  You asked me for my I.D.
7      DEPUTY HOLLAND:  Yeah, you have to give me your
8  I.D.
9      MS. AASYLEI LOGGERVALE:  Why do I have to give you
10  my I.D.?
11      DEPUTY HOLLAND:  Why?
12      MS. AASYLEI LOGGERVALE:  I don't have to give you
13  my I.D., because I haven't did anything.  You started
14  talking about a break-in --
15      DEPUTY HOLLAND:  Okay.
16      MS. AASYLEI LOGGERVALE:  -- I thanked you for
17  telling -- informing me that --
18      DEPUTY HOLLAND:  Right.
19      MS. AASYLEI LOGGERVALE:  -- I informed you that I'm
20  resting, because I'm about to go into Starbucks, right?
21      DEPUTY HOLLAND:  Mm-hmm.
22      MS. AASYLEI LOGGERVALE:  I informed you I've been
23  driving all night, right?
24      DEPUTY HOLLAND:  Well, Starbucks has been open for
25  about two hours.

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____

         Tina M. Velasquez
11       California Certified Shorthand Reporter
         Certification No. 10072
12

13                    Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 98

LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

U.S. District Court, Northern District of California

Case No. 4:20-cv-04679

TRANSCRIPT OF:

BODY CAMERA VIDEO-AUDIO FILE

Body Camera Video-Audio File of

Deputy Steven Holland [AC_34]

September 20, 2019

Audio Recording Transcribed by:
Tina M. Velasquez, CSR No. 10072

1      DEPUTY HOLLAND:  Why are you getting so worked up?

2      MS. AASYLEI LOGGERVALE:  Because I got to have

3 protection, because I don't know where this is about to

4 go.  I got to have protection --

5      DEPUTY HOLLAND:  It's not going to go anywhere --

6      MS. AASYLEI LOGGERVALE:  -- because we're not doing

7 anything.

8      DEPUTY HOLLAND:  -- if you cooperate.  So you see

9 this thing right here?

10      MS. AASYLEI LOGGERVALE:  We're not doing anything.

11      DEPUTY HOLLAND:  So this is my camera.

12      MS. AASYLEI LOGGERVALE:  Exactly.

13      DEPUTY HOLLAND:  Everything is being recorded.

14      MS. AASYLEI LOGGERVALE:  Exactly.  And I'm not

15 doing anything.  That's what -- did you hear me tell my

16 daughters "start recording," as well?

17      DEPUTY HOLLAND:  Yeah, that's fine.  They can

18 record all day.

19      MS. AASYLEI LOGGERVALE:  Yep.

20      DEPUTY HOLLAND:  So why are you making this a big

21 deal?

22      MS. AASYLEI LOGGERVALE:  Because I haven't did

23 anything.

24      DEPUTY HOLLAND:  You said you were a local resident

25 or you're from here?

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                _____

                  Tina M. Velasquez

11                California Certified Shorthand Reporter

                  Certification No. 10072

12

13                Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 99

1

2

3

4

5      LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6     U.S. District Court, Northern District of California

7             Case No. 4:20-cv-04679

8

9

10

11                    TRANSCRIPT OF:

12          BODY CAMERA VIDEO-AUDIO FILE

13

14         Body Camera Video-Audio File of

15           Deputy Keith Leeper [AC_38]

16             September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
1    you.
2         DEPUTY LEEPER:  Hold on.
3         MS. AASYLEI LOGGERVALE:  Don't worry, don't worry,
4    don't worry, don't worry.
5         MS. AAOTTAE LOGGERVALE:  Are you serious right now?
6         DEPUTY LEEPER:  Face the car.
7         MS. AASYLEI LOGGERVALE:  Don't worry.
8         MS. AAOTTAE LOGGERVALE:  You can't even answer me.
9         MS. AASYLEI LOGGERVALE:  Don't worry.
10        [Indecipherable crosstalk.]
11        DEPUTY LEEPER:  Okay, have a seat.
12        MS. AAOTTAE LOGGERVALE:  What crime have we
13   committed?  What crime have we committed?  What crime
14   have we committed?
15        MS. AASYLEI LOGGERVALE:  We haven't did anything.
16   You're going to get fired.
17        MS. AAOTTAE LOGGERVALE:  What crime have we
18   committed?
19        MS. AASYLEI LOGGERVALE:  You're going to get fired.
20        DEPUTY HOLLAND:  That's fine.
21        MS. AAOTTAE LOGGERVALE:  What crime have we
22   committed?
23        MS. AASYLEI LOGGERVALE:  Don't worry, Aasylei.  We
24   got a lawsuit.  Don't worry.
25        MS. AAOTTAE LOGGERVALE:  What crime have we
```

1   committed?

2       MS. AASYLEI LOGGERVALE:  We got a lawsuit.

3       MS. AAOTTAE LOGGERVALE:  No, I haven't done

4   anything.

5       DEPUTY LEEPER:  Put your hands behind your back.

6       MS. AAOTTAE LOGGERVALE:  Wait.  What crime have we

7   committed?  What crime have we committed?  Are you

8   serious?  What crime have I committed?  I haven't

9   committed a crime or anything.

10      UNKNOWN MALE DEPUTY:  You got it?

11      MS. AAOTTAE LOGGERVALE:  Where's your third man?

12  Are you serious?  All my stuff is in our car.  You

13  haven't even answered the question yet.  What crime have

14  we committed?

15      DEPUTY LEEPER:  Trying to figure that out.

16      MS. AAOTTAE LOGGERVALE:  What crime have you

17  committed?

18      DEPUTY LEEPER:  You're obstructing and delaying us.

19      DEPUTY POPE:  You're not following any of -- My car

20  is over there.  Go ahead.

21      MS. AAOTTAE LOGGERVALE:  Oh, my God.  We're being

22  arrested for what?  We have not committed a crime.  Wow,

23  this is why the police is the way they are.  That's why

24  everything is happening to African Americans, because of

25  people like you, people like you.  What have we done?

1        DEPUTY POPE:  You need to get a little closer.

2        MS. AAOTTAE LOGGERVALE:  What have we done?  What

3   crime have we committed?  Can you answer that?  You

4   can't.

5        DEPUTY LEEPER:  We already answered you.

6        MS. AAOTTAE LOGGERVALE:  No, you can't.  You just

7   got here.  You didn't ask the question.

8        DEPUTY LEEPER:  You're not even listening to me.

9        MS. AAOTTAE LOGGERVALE:  You just got here.  Sir,

10  are you the sheriff?  You aren't.

11       DEPUTY LEEPER:  Do you want me to answer your

12  questions or --

13       MS. AAOTTAE LOGGERVALE:  You aren't.  You're not

14  answering my questions.

15       DEPUTY LEEPER:  You're not giving us a chance.  You

16  won't stop talking.

17       MS. AAOTTAE LOGGERVALE:  I've never been arrested

18  before.  This is -- I've never done anything.  What is

19  your problem?  What is your problem?

20       DEPUTY LEEPER:  Have a seat.

21       MS. AAOTTAE LOGGERVALE:  That is so -- where we

22  going?

23       DEPUTY LEEPER:  You're not going anywhere.

24       MS. AAOTTAE LOGGERVALE:  Where are we going?

25       DEPUTY LEEPER:  You're sitting in the car.  You're

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I do hereby certify that I transcribed into

 4   typewriting the foregoing video-audio file that was

 5   provided to me, a Certified Shorthand Reporter and a

 6   disinterested person, that it is a true and correct

 7   transcription, and that I am in no way interested in the

 8   outcome of the cause named in said caption.

 9

10                    _____
                      Tina M. Velasquez
11                    California Certified Shorthand Reporter
                      Certification No. 10072
12

13                    Transcribed: January 12, 2021

14

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 100

1

2

3

4

5       LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6      U.S. District Court, Northern District of California

7              Case No. 4:20-cv-04679

8

9

10

11                    TRANSCRIPT OF:

12            BODY CAMERA VIDEO-AUDIO FILE

13

14          Body Camera Video-Audio File of

15            Deputy Monica Pope [AC_40]

16               September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

1          DEPUTY POPE:  You need to get a little closer.

2          MS. AAOTTAE LOGGERVALE:  What have we done?  What

3     crime have we committed?  Can you answer that?  You

4     can't.

5          DEPUTY LEEPER:  We already answered you.

6          MS. AAOTTAE LOGGERVALE:  No, you can't.  You just

7     got here.  You didn't ask the question.

8          DEPUTY LEEPER:  You're not even listening to me.

9          MS. AAOTTAE LOGGERVALE:  You just got here.  Sir,

10    are you the sheriff?  You aren't.

11         DEPUTY LEEPER:  You want me to answer your

12    questions --

13         MS. AAOTTAE LOGGERVALE:  You did not answer my

14    questions.

15         DEPUTY LEEPER:  You're not giving us a chance.  You

16    don't stop talking.

17         MS. AAOTTAE LOGGERVALE:  I've never been arrested

18    before.  I've never done anything.  What is your

19    problem?  What is your problem?

20         DEPUTY LEEPER:  Have a seat.

21         MS. AAOTTAE LOGGERVALE:  That is so -- where we

22    going?

23         DEPUTY LEEPER:  You're not going anywhere.

24         MS. AAOTTAE LOGGERVALE:  Where are we going?

25         DEPUTY POPE:  At the moment, you're having a seat.

1        MS. AAOTTAE LOGGERVALE:  For doing what, though?

2        DEPUTY LEEPER:  Put your leg in the car.

3        DEPUTY POPE:  Put your foot in.

4        MS. AAOTTAE LOGGERVALE:  What did I do?

5        DEPUTY POPE:  Put your foot in.

6        MS. AAOTTAE LOGGERVALE:  What did I do?

7        DEPUTY LEEPER:  Right now, you're not putting your

8   foot in the car --

9        MS. AAOTTAE LOGGERVALE:  What did I do?  I'm

10   asking --

11        DEPUTY LEEPER:  You're not following our

12   instructions.

13        MS. AAOTTAE LOGGERVALE:  I'm asking you a question.

14        DEPUTY POPE:  That's resisting.

15        MS. AAOTTAE LOGGERVALE:  I'm asking you a question.

16   Why am I --

17        DEPUTY POPE:  You're obstructing us.

18        DEPUTY LEEPER:  Right now, you're --

19        DEPUTY POPE:  Get in the car.

20        DEPUTY LEEPER:  -- being arrested because you're

21   not --

22        MS. AAOTTAE LOGGERVALE:  What did I do to be

23   arrested?  What led up to this?

24        DEPUTY POPE:  Oh, God.

25        MS. AAOTTAE LOGGERVALE:  Can you answer that,

1   honestly?  You cannot.

2       DEPUTY LEEPER:  You won't let me.  You won't shut

3   up.

4       MS. AAOTTAE LOGGERVALE:  I'm listening.

5       DEPUTY POPE:  Put your foot in the car.

6       DEPUTY LEEPER:  Shut up and listen to all your

7   questions.  Every --

8       MS. AAOTTAE LOGGERVALE:  Why am I being arrested?

9       DEPUTY LEEPER:  Listen.  Stop.  Every --

10      MS. AAOTTAE LOGGERVALE:  Okay.  Why am I being

11  arrested?

12      DEPUTY LEEPER:  Stop.  I can't answer your question

13  if you don't stop talking.

14      MS. AAOTTAE LOGGERVALE:  I'm asking you a question.

15  I'm waiting for the answer.  Sir, Officer Leeper, why am

16  I being arrested?

17      DEPUTY LEEPER:  Almost every damn morning, some car

18  gets broken into in this parking lot --

19      MS. AAOTTAE LOGGERVALE:  But was that our car?  Can

20  you answer that?

21      DEPUTY LEEPER:  He saw three people sitting in a

22  car --

23      MS. AAOTTAE LOGGERVALE:  Okay.

24      DEPUTY LEEPER:  -- just like yesterday morning.

25      MS. AAOTTAE LOGGERVALE:  Okay.

1    DEPUTY LEEPER:  He went to talk to you all --

2    MS. AAOTTAE LOGGERVALE:  Right.

3    DEPUTY LEEPER:  -- find out what you're doing --

4    MS. AAOTTAE LOGGERVALE:  You all?  Who's "you all"?

5    You're making assumptions.

6    DEPUTY LEEPER:  You and the other two people in

7    your car.

8    MS. AAOTTAE LOGGERVALE:  Okay.

9    DEPUTY LEEPER:  Okay?  You instantly were

10   uncooperative, refused to cooperate with him, wouldn't

11   answer his questions, didn't follow any of his

12   commands --

13   MS. AAOTTAE LOGGERVALE:  Any -- what commands?  She

14   had to use the restroom.

15   DEPUTY POPE:  Sit in the car.

16   MS. AAOTTAE LOGGERVALE:  We weren't the car.

17   DEPUTY POPE:  Get your foot in --

18   MS. AAOTTAE LOGGERVALE:  Do you not --

19   DEPUTY POPE:  Get your foot in.

20   DEPUTY LEEPER:  We don't know that.  Put your foot

21   in the car.

22   MS. AAOTTAE LOGGERVALE:  Do you hear yourself?  We

23   weren't the people.

24   DEPUTY POPE:  We have to investigate.

25   DEPUTY LEEPER:  We don't know that until we talk to

1    you.

2         MS. AAOTTAE LOGGERVALE:  You have to investigate?

3    With what information?

4         DEPUTY LEEPER:  We have to investigate.

5         MS. AAOTTAE LOGGERVALE:  You don't even hear

6    yourself.

7         DEPUTY POPE:  We have to investigate.

8         DEPUTY LEEPER:  Yep, we have to investigate.

9         MS. AAOTTAE LOGGERVALE:  With what information?

10        DEPUTY POPE:  Get your foot in the car.

11        MS. AAOTTAE LOGGERVALE:  Where is your captain?

12        DEPUTY LEEPER:  You said it.  We have to

13   investigate [inaudible].

14        MS. AAOTTAE LOGGERVALE:  Where is your captain?

15   Where is your captain?  Where is your captain?

16        DEPUTY LEEPER:  He's home in bed.

17        MS. AAOTTAE LOGGERVALE:  I didn't -- no, I didn't

18   do anything wrong.  Where is your captain?  Where is

19   your captain?  Sir, you're hurting me.

20        DEPUTY LEEPER:  Get in the car.

21        MS. AAOTTAE LOGGERVALE:  I haven't done anything to

22   be gotten in the car.  You want me to do something to

23   you?

24        DEPUTY POPE:  You want me to pull her?

25        MS. AAOTTAE LOGGERVALE:  Like, really?

1      DEPUTY POPE:  Get your feet in the car.

2      MS. AAOTTAE LOGGERVALE:  These handcuffs are too

3  tight for me.

4      DEPUTY POPE:  Get your foot in the car.

5      MS. AAOTTAE LOGGERVALE:  Who can untighten these

6  handcuffs?  They're too tight for me.  You're rough.

7  Are you serious?

8      DEPUTY POPE:  Got her.  Leave it.

9      MS. AASYLEI LOGGERVALE:  It's a rental car.

10      DEPUTY POPE:  Admin.

11      DEPUTY HOLLAND:  Well, I'm going to --

12      DEPUTY POPE:  Are we admin?

13      DEPUTY HOLLAND:  -- talk to my partners.

14      DEPUTY POPE:  Figure out what is going on.

15      (No audio from 0:12:59 to 0:15:58.)

16      DEPUTY POPE:  Looking for IDs.  Here.

17      DEPUTY HOLLAND:  Thank you.

18      DEPUTY POPE:  That's only one purse back here.  I'm

19  finding IDs.

20      UNKNOWN DEPUTY:  So she's refusing to ID herself.

21      DEPUTY POPE:  Well, I found it already.  There's no

22  -- I don't have, like, a third purse.  I think we have a

23  back seat and a driver, but we don't have the front

24  passenger.

25      DEPUTY HOLLAND:  [Inaudible] Loggervale.  Robert,

1          REPORTER'S CERTIFICATE

2

3      I do hereby certify that I transcribed into

4   typewriting the foregoing video-audio file that was

5   provided to me, a Certified Shorthand Reporter and a

6   disinterested person, that it is a true and correct

7   transcription, and that I am in no way interested in the

8   outcome of the cause named in said caption.

9

10  _____
    Tina M. Velasquez

11  California Certified Shorthand Reporter
    Certification No. 10072

12

13  Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 101

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6       U.S. District Court, Northern District of California

7                   Case No. 4:20-cv-04679

8

9

10

11                        TRANSCRIPT OF:

12               BODY CAMERA VIDEO-AUDIO FILE

13

14               Body Camera Video-Audio File of

15                 Deputy Monica Pope [AC_40]

16                     September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
1          DEPUTY POPE:  Leeper, Leeper.  She has her phone.
2    She has her phone.  She's calling 9-1-1.
3          What's your name?
4          MS. AAOTTAE LOGGERVALE:  My handcuffs -- my hands
5    hurt.  I can't speak --
6          DEPUTY POPE:  We want to --
7          MS. AAOTTAE LOGGERVALE:  My hands hurt.
8          DEPUTY POPE:  Okay.  We want to get you out of
9    those.  I just need to ID you.
10          MS. AAOTTAE LOGGERVALE:  I'm 17 years old.  My
11   birthday is September 29th.  I'll get an ID when I'm 18
12   years old.
13          DEPUTY POPE:  Okay.  What's your name?  Okay.
14          MS. AAOTTAE LOGGERVALE:  It's Aaottae.
15          DEPUTY POPE:  Can you spell --
16          MS. AAOTTAE LOGGERVALE:  Can you look in my wallet?
17   I just graduated from Chaparral High School.
18          DEPUTY POPE:  Where's your wallet?
19          MS. AAOTTAE LOGGERVALE:  In my purse.  I only have
20   a student ID --
21          DEPUTY POPE:  Okay.  Which one's yours?
22          MS. AAOTTAE LOGGERVALE:  -- [inaudible] in there.
23          DEPUTY POPE:  Which one's yours?
24          MS. AAOTTAE LOGGERVALE:  My purse is in the trunk,
25   on the left side.
```

```
 1         DEPUTY POPE:  Okay.  So I have to open the trunk,
 2    and it's on the -- what color is it?  Black or brown?
 3         MS. AAOTTAE LOGGERVALE:  It's light pink, and my
 4    wallet is gray.
 5         DEPUTY POPE:  Okay.
 6         MS. AAOTTAE LOGGERVALE:  Can you untie me?
 7         DEPUTY POPE:  Yes.
 8         Okay.  She said she's 17.  Her wallet's in her
 9    purse, in the trunk.  She's got a student ID.  I have no
10    idea how to open the trunk.
11         DEPUTY HOLLAND:  Which purse, you're saying?
12         DEPUTY POPE:  This one.  She said the pink one.
13         UNKNOWN DEPUTY:  There's candy boxes.
14         DEPUTY POPE:  She did tell me her date of birth.
15    I'll go ask her again.
16         All right.  Give me your birthday.
17         MS. AAOTTAE LOGGERVALE:  Can you please call
18    somebody out here?
19         DEPUTY POPE:  Give me your birthday.
20         MS. AAOTTAE LOGGERVALE:  You're hurting me.
21         DEPUTY POPE:  We're going to get you out of those.
22    I just want you to give me your birthday.
23         MS. AAOTTAE LOGGERVALE:  I know, but they
24    [inaudible].  These handcuffs hurt so....
25         DEPUTY POPE:  Can you give me your birthday?
```

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____
     Tina M. Velasquez
11   California Certified Shorthand Reporter
     Certification No. 10072
12

13               Transcribed: January 13, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 102

Atkinson-Baker, a Veritext Company
www.depo.com

1     UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
2      SAN FRANCISCO DIVISION

3        -oOo-

**CERTIFIED COPY**

4 AASYLEI LOGGERVALE; AASYLEI   )
 HARDGE-LOGGERVALE; and AAOTTAE )
5 LOGGERVALE,         )
               )
6    Plaintiffs,      )
               ) Case No.
7    -vs-        ) C20-4679-WHA
               )
8 COUNTY OF ALAMEDA; STEVEN   )
 HOLLAND; MONICA POPE; KEITH  )
9 LEEPER; ANOTHONY DeSOUSA; and )
 DOES 1 to 50, inclusive,   )
10             )
    Defendants.      )
11

12 San Francisco, California    February 4, 2021

13

14        -oOo-

15  CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
     TAKEN ON FEBRUARY 4, 2021
16       VIA ZOOM

17        -oOo-

18

19

20

21

22 Reported by:
 Brooke Meyer, CSR License No. 13886
23 Atkinson-Baker, a Veritext Company
 www.depo.com
24 (800)288-3376
 File No: AF0074B
25

| | | |
|---|---|---|
| 1 | A.   Ideally, yes.  If I can deter the crime, that is | 12:50:44 |
| 2 | the goal.  If I happen to catch them in the act, then | 12:50:49 |
| 3 | effect an arrest.  But deterring crime and keeping the | 12:50:53 |
| 4 | community safe is our goals as deputies. | 12:50:56 |
| 5 | Q.   At some point, you and Deputy Pope did approach | 12:50:59 |
| 6 | the silver vehicle, correct? | 12:51:03 |
| 7 | A.   Yes. | 12:51:05 |
| 8 | Q.   At the moment that you approached the vehicle | 12:51:06 |
| 9 | before you actually had any discussion with any occupant, | 12:51:09 |
| 10 | at that moment in time did you believe there was | 12:51:13 |
| 11 | reasonable suspicion to detain the occupants? | 12:51:15 |
| 12 | A.   Yes. | 12:51:19 |
| 13 | Q.   Based on what? | 12:51:22 |
| 14 | MR. GILBERT:  Asked and answered.  Go ahead. | 12:51:29 |
| 15 | THE WITNESS:  All the facts that we mentioned in | 12:51:32 |
| 16 | the last question and my reasons for the contact.  Do you | 12:51:34 |
| 17 | want me to go over those again? | 12:51:37 |
| 18 | BY MR. MAY: | 12:51:39 |
| 19 | Q.   No.  I think we can refer to those.  Let me ask a | 12:51:39 |
| 20 | slightly different question.  When you did believe there | 12:51:42 |
| 21 | was reasonable suspicion, what crime were you suspecting | 12:51:44 |
| 22 | them of having committed or being about to commit? | 12:51:49 |
| 23 | A.   I believe the vehicle was there casing.  It | 12:51:52 |
| 24 | matched the descriptions from prior reports of auto | 12:51:58 |
| 25 | burglaries.  So either the suspects of the past auto | 12:52:03 |

| | | |
|---|---|---|
| 1 | burglaries were there casing, looking for the opportunity. | 12:52:09 |
| 2 | Q.  Do you believe that they both had committed at | 12:52:16 |
| 3 | least one of the previous auto burglaries? | 12:52:23 |
| 4 | A.  I believed it was possible. | 12:52:25 |
| 5 | Q.  Do you believe you had reasonable suspicion to | 12:52:29 |
| 6 | detain them for commission of a previous auto burglary? | 12:52:32 |
| 7 | MR. GILBERT:  Misstates his testimony.  Go ahead. | 12:52:38 |
| 8 | THE WITNESS:  I'm sorry.  One more time. | 12:52:43 |
| 9 | BY MR. MAY: | 12:52:44 |
| 10 | Q.  Do you believe that you had reasonable suspicion | 12:52:44 |
| 11 | to detain the occupants of the silver car based on the | 12:52:46 |
| 12 | commission of one of the previous auto burglaries? | 12:52:51 |
| 13 | MR. GILBERT:  Misstates testimony.  Go ahead. | 12:52:57 |
| 14 | THE WITNESS:  Yes. | 12:52:59 |
| 15 | BY MR. MAY: | 12:53:00 |
| 16 | Q.  Do you believe there was also reasonable | 12:53:00 |
| 17 | suspicion to detain them based on their -- based on the | 12:53:02 |
| 18 | fact that they were about to commit another auto burglary? | 12:53:08 |
| 19 | A.  I believe there was reasonable suspicion to | 12:53:13 |
| 20 | detain based on the totality of the circumstances. | 12:53:17 |
| 21 | Q.  When you say reasonable suspicion to detain, | 12:53:21 |
| 22 | you're talking about specific crimes that you believe they | 12:53:26 |
| 23 | either committed, were in the process of committing, or | 12:53:29 |
| 24 | were about to commit, right? | 12:53:33 |
| 25 | A.  Yes. | 12:53:34 |

Atkinson-Baker, a Veritext Company
www.depo.com

1 State of California,

2 County of San Francisco.

3

4              I, BROOKE MEYER, License No. 13886, a

5 Certified Shorthand Reporter of the State of California,

6 do hereby certify:

7              That the witness in the foregoing

8 deposition named was present at the time and place herein

9 specified;

10              That the said proceeding was taken before

11 me as a Certified Shorthand Reporter at the said time and

12 place and was taken down in shorthand writing by me;

13              That the said proceeding was thereafter,

14 under my direction, transcribed with the use of

15 computer-assisted transcription, and that the foregoing

16 transcript constitutes a full, true, and correct report of

17 the proceedings which then and there took place;

18              That I am a disinterested person to the

19 said action.

20              IN WITNESS WHEREOF, I have hereunto

21 subscribed my hand this 4th day of March, 2021.

22

23                                    Brooke Meyer, CSR #13886

24

25

# EXHIBIT 103

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION

 3                       -oOo-

 4   AASYLEI LOGGERVALE; AASYLEI        )
     HARDGE-LOGGERVALE; and AAOTTAE     )   CERTIFIED COPY
 5   LOGGERVALE,                        )
                                        )
 6           Plaintiffs,                )
                                        )
                                        )   Case No.
 7           -vs-                       )   C20-4679-WHA
                                        )
 8   COUNTY OF ALAMEDA; STEVEN          )
     HOLLAND; MONICA POPE; KEITH        )
 9   LEEPER; ANOTHONY DeSOUSA; and      )
     DOES 1 to 50, inclusive,          )
10                                      )
             Defendants.                )
11

12   San Francisco, California         February 4, 2021

13

14                       -oOo-

15      CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
                TAKEN ON FEBRUARY 4, 2021
16                      VIA ZOOM

17                       -oOo-

18

19

20

21

22   Reported by:
     Brooke Meyer, CSR License No. 13886
23   Atkinson-Baker, a Veritext Company
     www.depo.com
24   (800)288-3376
     File No: AF0074B
25
```

| | | |
|---|---|---|
| 1 | Q.  Did you ever tell Deputy Pope to be careful | 13:59:58 |
| 2 | because you were afraid the driver of the silver car may | 14:00:01 |
| 3 | drive into her? | 14:00:05 |
| 4 | A.  I don't recall. | 14:00:06 |
| 5 | Q.  When you first made contact with the woman in the | 14:00:09 |
| 6 | driver's seat, was she allowed to leave at that very | 14:00:12 |
| 7 | moment? | 14:00:17 |
| 8 | A.  No. | 14:00:17 |
| 9 | Q.  Now during the interactions early on, you told | 14:00:18 |
| 10 | her that you were investigating auto break-ins, correct? | 14:00:28 |
| 11 | A.  Yes. | 14:00:32 |
| 12 | Q.  You told her that you had been having auto | 14:00:32 |
| 13 | break-ins every morning around that time, right? | 14:00:39 |
| 14 | A.  I don't recall exactly what I said.  But I had -- | 14:00:42 |
| 15 | something to the effect of that there were break-ins | 14:00:47 |
| 16 | occurring around that time at that place. | 14:00:51 |
| 17 | Q.  After a little of bit of discussion, you asked | 14:00:54 |
| 18 | for her driver's license, correct? | 14:01:03 |
| 19 | A.  Yes. | 14:01:06 |
| 20 | Q.  Why did you do that? | 14:01:07 |
| 21 | A.  Because I needed to identify her for my | 14:01:08 |
| 22 | investigation, and also to ensure that she had a valid | 14:01:17 |
| 23 | license and was allowed to be parked in that stall. | 14:01:23 |
| 24 | Q.  You never observed the woman in the driver's seat | 14:01:26 |
| 25 | actually operating the motor vehicle, did you? | 14:01:30 |

Atkinson-Baker, a Veritext Company
www.depo.com

1  State of California,

2  County of San Francisco.

3

4           I, BROOKE MEYER, License No. 13886, a

5  Certified Shorthand Reporter of the State of California,

6  do hereby certify:

7           That the witness in the foregoing

8  deposition named was present at the time and place herein

9  specified;

10          That the said proceeding was taken before

11 me as a Certified Shorthand Reporter at the said time and

12 place and was taken down in shorthand writing by me;

13          That the said proceeding was thereafter,

14 under my direction, transcribed with the use of

15 computer-assisted transcription, and that the foregoing

16 transcript constitutes a full, true, and correct report of

17 the proceedings which then and there took place;

18          That I am a disinterested person to the

19 said action.

20          IN WITNESS WHEREOF, I have hereunto

21 subscribed my hand this 4th day of March, 2021.

22

23          Brooke Meyer, CSR #13886

24

25

# EXHIBIT 104

Atkinson-Baker, a Veritext Company
www.depo.com

1           UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION

3                   -oOo-

4    AASYLEI LOGGERVALE; AASYLEI        )   **CERTIFIED COPY**
     HARDGE-LOGGERVALE; and AAOTTAE     )
5    LOGGERVALE,                        )
                                        )
6           Plaintiffs,                 )
                                        )   Case No.
7           -vs-                        )   C20-4679-WHA
                                        )
8    COUNTY OF ALAMEDA; STEVEN          )
     HOLLAND; MONICA POPE; KEITH        )
9    LEEPER; ANOTHONY DeSOUSA; and      )
     DOES 1 to 50, inclusive,          )
10                                      )
            Defendants.                 )
11

12   San Francisco, California          February 4, 2021

13

14                   -oOo-

15   CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
              TAKEN ON FEBRUARY 4, 2021
16                   VIA ZOOM

17                   -oOo-

18

19

20

21

22   Reported by:
     Brooke Meyer, CSR License No. 13886
23   Atkinson-Baker, a Veritext Company
     www.depo.com
24   (800)288-3376
     File No: AF0074B
25

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | A.   For officer safety, while we were conducting the | 14:14:44 |
| 2 | investigation, no one was free to leave the vehicle. | 14:14:48 |
| 3 | Q.   Does that mean that the daughter in the back seat | 14:14:55 |
| 4 | was detained at the time she exited the vehicle? | 14:14:59 |
| 5 | MR. GILBERT:   Vague as to detained.   Go ahead. | 14:15:02 |
| 6 | THE WITNESS:   Yes.   On any car stop, we are | 14:15:08 |
| 7 | allowed to keep all subjects inside of the vehicle for | 14:15:12 |
| 8 | officer safety. | 14:15:16 |
| 9 | BY MR. MAY: | 14:15:20 |
| 10 | Q.   This wasn't a traffic stop though, right? | 14:15:20 |
| 11 | A.   Correct.   The suspicious vehicle, I believe, is | 14:15:23 |
| 12 | how I broadcast it. | 14:15:29 |
| 13 | Q.   When you say "stop", what you're really saying is | 14:15:31 |
| 14 | an encounter? | 14:15:35 |
| 15 | MR. GILBERT:   Are you asking him to change his | 14:15:43 |
| 16 | testimony or were you just making a statement?   I didn't | 14:15:44 |
| 17 | understand if that was a question. | 14:15:48 |
| 18 | MR. MAY:   I didn't understand if that was an | 14:15:49 |
| 19 | objection.   Sounded more like a speech. | 14:15:51 |
| 20 | MR. GILBERT:   It's a question for you. | 14:15:54 |
| 21 | MR. MAY:   I'm not taking questions from you right | 14:15:58 |
| 22 | now. | 14:16:00 |
| 23 | MR. GILBERT:   Then the question does not need to | 14:16:00 |
| 24 | be answered.   So we can move on then. | 14:16:04 |
| 25 | /// | |

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1  State of California,
 2  County of San Francisco.
 3
 4          I, BROOKE MEYER, License No. 13886, a
 5  Certified Shorthand Reporter of the State of California,
 6  do hereby certify:
 7          That the witness in the foregoing
 8  deposition named was present at the time and place herein
 9  specified;
10          That the said proceeding was taken before
11  me as a Certified Shorthand Reporter at the said time and
12  place and was taken down in shorthand writing by me;
13          That the said proceeding was thereafter,
14  under my direction, transcribed with the use of
15  computer-assisted transcription, and that the foregoing
16  transcript constitutes a full, true, and correct report of
17  the proceedings which then and there took place;
18          That I am a disinterested person to the
19  said action.
20          IN WITNESS WHEREOF, I have hereunto
21  subscribed my hand this 4th day of March, 2021.
22
23                      Brooke Meyer, CSR #13886
24
25
```

# EXHIBIT 105

Atkinson-Baker, a Veritext Company
www.depo.com

1           UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2           SAN FRANCISCO DIVISION

3                -oOo-

4  AASYLEI LOGGERVALE; AASYLEI    )
   HARDGE-LOGGERVALE; and AAOTTAE )
5  LOGGERVALE,              )
                        )
6        Plaintiffs,        )
                        )  Case No.
7        -vs-             )  C20-4679-WHA
                        )
8  COUNTY OF ALAMEDA; STEVEN     )
   HOLLAND; MONICA POPE; KEITH   )
9  LEEPER; ANOTHONY DeSOUSA; and  )
   DOES 1 to 50, inclusive,     )
10                        )
        Defendants.        )
11

**CERTIFIED COPY**

12  San Francisco, California        February 4, 2021

13

14                -oOo-

15    CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
          TAKEN ON FEBRUARY 4, 2021
16              VIA ZOOM

17                -oOo-

18

19

20

21

22  Reported by:
   Brooke Meyer, CSR License No. 13886
23  Atkinson-Baker, a Veritext Company
   www.depo.com
24  (800)288-3376
   File No: AF0074B
25

Atkinson-Baker, a Veritext Company
www.depo.com

| | |
|---|---|
| 1 | BY MR. MAY: | 14:16:07 |
| 2 |    Q.  Deputy Holland, when you said that you stopped | 14:16:07 |
| 3 | the vehicle, is what you meant that you approached the | 14:16:14 |
| 4 | vehicle and had an encounter with them? | 14:16:17 |
| 5 |    A.  I don't think I said I stopped the vehicle.  But | 14:16:20 |
| 6 | when we approached the vehicle, tactics for officer safety | 14:16:23 |
| 7 | would be similar to a vehicle stop. | 14:16:30 |
| 8 |    Q.  I just wanted to clarify that.  It was not a | 14:16:33 |
| 9 | vehicle stop? | 14:16:36 |
| 10 |    A.  Correct. | 14:16:37 |
| 11 |    Q.  Again, going back to my question about whether | 14:16:38 |
| 12 | the daughter in the back seat -- whether she was detained | 14:16:43 |
| 13 | at the moment she exited the vehicle.  I don't think I had | 14:16:46 |
| 14 | an answer to that. | 14:16:50 |
| 15 |    A.  They were not allowed to exit the vehicle while | 14:16:51 |
| 16 | we were conducting the investigation. | 14:16:59 |
| 17 |    Q.  Did you tell them that? | 14:17:02 |
| 18 |    A.  I believe I did numerous times. | 14:17:03 |
| 19 |    Q.  Before she exited the vehicle? | 14:17:06 |
| 20 |    A.  I remember saying that they can't exit the | 14:17:09 |
| 21 | vehicle, and when she did exit the vehicle, I ordered her | 14:17:19 |
| 22 | back into the vehicle. | 14:17:24 |
| 23 |    Q.  So your best recollection is that you told her | 14:17:25 |
| 24 | she could not leave the vehicle before she exited it? | 14:17:27 |
| 25 |        MR. GILBERT:  Misstates testimony.  Go ahead. | 14:17:33 |

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1  State of California,

 2  County of San Francisco.

 3

 4              I, BROOKE MEYER, License No. 13886, a

 5  Certified Shorthand Reporter of the State of California,

 6  do hereby certify:

 7              That the witness in the foregoing

 8  deposition named was present at the time and place herein

 9  specified;

10              That the said proceeding was taken before

11  me as a Certified Shorthand Reporter at the said time and

12  place and was taken down in shorthand writing by me;

13              That the said proceeding was thereafter,

14  under my direction, transcribed with the use of

15  computer-assisted transcription, and that the foregoing

16  transcript constitutes a full, true, and correct report of

17  the proceedings which then and there took place;

18              That I am a disinterested person to the

19  said action.

20              IN WITNESS WHEREOF, I have hereunto

21  subscribed my hand this 4th day of March, 2021.

22

23

24              Brooke Meyer, CSR #13886

25
```

EXHIBIT 106

1

2

3

4

5          LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6       U.S. District Court, Northern District of California

7                    Case No. 4:20-cv-04679

8

9

10

11                         TRANSCRIPT OF:

12              BODY CAMERA VIDEO-AUDIO FILE

13

14           Body Camera Video-Audio File of

15              Deputy Monica Pope [AC_206]

16                   September 19, 2019

17

18

19

20

21

22

23   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
24

25

1                    ---oOo---

2            BEGINNING OF TRANSCRIPTION

3                    ---oOo---

4       DEPUTY POPE:  Hi.

5       MS. STEPHANIE SIBERT:  Hello.

6       KIMMIE [last name unknown]:  Hi.

7       DEPUTY POPE:  What did they tell you?

8       MS. STEPHANIE SIBERT:  The Starbucks staff told us

9   that the glass spot over there was yesterday, right

10  around the same time.

11      DEPUTY POPE:  Oh, really?

12      MS. STEPHANIE SIBERT:  Yeah.  When we pulled in --

13  I was telling her I wish I paid more attention to it,

14  because I don't think I could give you a good

15  description.  There was a small hatchback here, with two

16  kids in it, and then they pulled in the parking spot

17  over there, and they didn't get out of their car, which

18  I thought was really odd.  Like, one of them reached

19  over the seat and was digging out of the back seat.

20      KIMMIE [last name unknown]:  But nothing super

21  important was stolen.  Just my school stuff.  And I

22  didn't write anything important -- I think the most

23  important thing I wrote down is -- our teacher said we

24  had to write down our parents' phone number in our

25  planner.

1      MS. STEPHANIE SIBERT:  Plus, it's just useful to

2   have a report for insurance.

3      DEPUTY LEEPER:  I'm going to go drive by the other

4   Starbucks.

5      DEPUTY POPE:  So, small SUV.  Tinted windows?

6      MS. STEPHANIE SIBERT:  It was a hatchback.  It was

7   a little car.

8      DEPUTY POPE:  Oh, not an SUV?

9      MS. STEPHANIE SIBERT:  Not an SUV.  It was a little

10  hatchback.

11     DEPUTY POPE:  But a Mitsubishi?

12     MS. STEPHANIE SIBERT:  No, I don't know --

13     KIMMIE [last name unknown]:  I didn't check.

14     MS. STEPHANIE SIBERT:  Two kids --

15     DEPUTY POPE:  So, gray or silver?

16     KIMMIE [last name unknown]:  One of them had a

17  bright-red beanie.

18     MS. STEPHANIE SIBERT:  No.  I said silver was my

19  car when I drove in.  I didn't say anything --

20     KIMMIE [last name unknown]:  Well, they had, like,

21  a dark --

22     MS. STEPHANIE SIBERT:  I said our car was a minivan

23  that was silver --

24     DEPUTY POPE:  What was their car?

25     KIMMIE [last name unknown]:  It was, like, a dark

```
 1   gray.
 2        MS. STEPHANIE SIBERT:  It was, like, a dark gray --
 3        DEPUTY POPE:  Small, two-door?
 4        KIMMIE [last name unknown]:  I think so, yeah.
 5        MS. STEPHANIE SIBERT:  Maybe it was a two-door.  It
 6   was a hatchback.  It had two kids.  There was a --
 7        DEPUTY POPE:  Tinted windows?  Not tinted windows?
 8        KIMMIE [last name unknown]:  I think it was kind of
 9   tinted.
10        MS. STEPHANIE SIBERT:  You could see in, but it was
11   grayish, and then there was a kid with a red baseball
12   hat in the passenger seat.
13        DEPUTY POPE:  So not a hoody?
14        KIMMIE [last name unknown]:  A kid with a --
15        MS. STEPHANIE SIBERT:  Not a hoody.  It was a red
16   baseball hat.  I'm not that stereotypical.
17        KIMMIE [last name unknown]:  No.  The driver did
18   have a dark-gray hoody on, though.
19        MS. STEPHANIE SIBERT:  Oh, there you go.  Driver
20   had a hoody.
21        DEPUTY POPE:  Small, two-door hatchback.
22        UNKNOWN SPEAKER:  [Inaudible.]
23        DEPUTY POPE:  No.  Unknown make.
24        MS. STEPHANIE SIBERT:  Yeah, there was a lady here
25   in a Tesla, and so she said that there might be pictures
```

1    in the Tesla Cloud.  We checked the restaurants, and

2    none of them have external cameras.

3        DEPUTY POPE:  So a small, two-door hatchback,

4    unknown make --

5        MS. STEPHANIE SIBERT:  Yeah.

6        DEPUTY POPE:  -- tinted windows.

7        Oh.

8        DEPUTY HOLLAND:  Whose car is this?

9        MS. STEPHANIE SIBERT:  Mine.  She's 12.

10       KIMMIE [last name unknown]:  Hi.

11       DEPUTY POPE:  And you think they looked younger?

12       MS. STEPHANIE SIBERT:  Yeah.  Like, high school.

13   Not even, like, twenties.

14       DEPUTY POPE:  Red baseball hat?

15       MS. STEPHANIE SIBERT:  Yeah.

16       DEPUTY POPE:  So one had a red baseball hat --

17       MS. STEPHANIE SIBERT:  Yeah, the passenger was --

18   he was Black; he had a red baseball hat.  The driver

19   was, I'd say, probably Latin, and Kimmie says he was

20   wearing a gray hoody, but I couldn't vouch for that.

21       I know that all of those are really generic things

22   and probably won't help you match, but -- like I said, I

23   only paid attention to, like, "Oh they moved, and that

24   was odd," and then I just kind of went on with my day.

25       KIMMIE [last name unknown]:  I mean, like, I was

1              REPORTER'S CERTIFICATE

2

3         I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                        _M. Velasquez_

11        Tina M. Velasquez
          California Certified Shorthand Reporter
          Certification No. 10072

12

13        Transcribed: May 25, 2021

14

15

16

17

18

19

20

21

22

23

24

25

Body Camera Video-Audio File of                    9
Deputy Monica Pope
September 19, 2019

# EXHIBIT 107

1

2

3

4

5              LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6         U.S. District Court, Northern District of California

7                     Case No. 4:20-cv-04679

8

9

10

11                          TRANSCRIPT OF:

12                   BODY CAMERA VIDEO-AUDIO FILE

13

14                  Body Camera Video-Audio File of

15                    Deputy Steven Holland [AC_35]

16                        September 20, 2019

17

18

19

20

21

22

23

24    Audio Recording Transcribed by:
      Tina M. Velasquez, CSR No. 10072
25

```
1    you feel it?

2         MS. AAOTTAE LOGGERVALE:  No.

3         DEPUTY HOLLAND:  Okay.  Just hang tight.

4         MS. AAOTTAE LOGGERVALE:  Can you answer what have

5    we done?

6         DEPUTY HOLLAND:  Well, what you did was, you didn't

7    follow instructions, like we told you to do.

8         MS. AAOTTAE LOGGERVALE:  But did we commit the

9    crime of breaking in cars?  That's the only question I

10   need answered.

11        DEPUTY HOLLAND:  Did I see you do that?  No.

12        MS. AAOTTAE LOGGERVALE:  Exactly.  So why are we in

13   this situation?

14        DEPUTY HOLLAND:  And did I say you did that?  No.

15        MS. AAOTTAE LOGGERVALE:  The way you're treating

16   us, it's like we did — investigating our car, going

17   through our belongings.  Who does that?

18        DEPUTY HOLLAND:  Police do that.  It's called being

19   the police.

20        MS. AAOTTAE LOGGERVALE:  But there's nothing we've

21   done.  Has anyone called and said, "These three

22   African-American women are the ones.  The Cadillac is

23   the car"?  No one's called and said that.

24        DEPUTY HOLLAND:  You're correct.  Today, nobody has

25   called that.
```

1      MS. AAOTTAE LOGGERVALE:  Today?

2      DEPUTY HOLLAND:  You're right.

3      MS. AAOTTAE LOGGERVALE:  Excuse me?

4      DEPUTY HOLLAND:  Nobody has called and said that

5  today.

6      MS. AAOTTAE LOGGERVALE:  We just got back from

7  Vegas.  How are we suppose -- what the -- this is so

8  not -- this is why the law is the way it is.

9      DEPUTY HOLLAND:  Okay.

10      MS. AAOTTAE LOGGERVALE:  This is unjustice.

11      DEPUTY HOLLAND:  So my partner checked your

12  handcuffs.  He told me they're a proper fit, and he

13  locked them so they can't tighten.  Is there anything

14  else you need right now?

15      MS. AAOTTAE LOGGERVALE:  How long do I have to wait

16  to get these out?  I haven't done anything.  Why am I

17  still in handcuffs?

18      DEPUTY HOLLAND:  Hopefully, they come off very

19  soon.

20      MS. AAOTTAE LOGGERVALE:  Why am I detained when I

21  haven't done anything?

22      DEPUTY HOLLAND:  Well, you're detained --

23      MS. AAOTTAE LOGGERVALE:  Have I threatened you?

24  Have I hit you?

25      DEPUTY HOLLAND:  -- because you can't be calm for

REPORTER'S CERTIFICATE

I do hereby certify that I transcribed into typewriting the foregoing video-audio file that was provided to me, a Certified Shorthand Reporter and a disinterested person, that it is a true and correct transcription, and that I am in no way interested in the outcome of the cause named in said caption.

Tina M. Velasquez
California Certified Shorthand Reporter
Certification No. 10072

Transcribed: January 6, 2021

EXHIBIT 108

1 | Exhibit 11, Partial Transcript

2 | Played at Trial February 13, 2023

3 | Trial Transcript Vol. 1, Page 187, line 3.

4 |

5 | MS. AASYLEI HARDGE-LOGGERVALE:  Okay, go ahead and tell me.  What am I detained

6 | for?

7 | DEPUTY LEEPER:  WE have cars broken into in this parking lot every morning . . .

8 | MS. AASYLEI HARDGE-LOGGERVALE:  Okay, okay, so is that us? Is this car one of the cars

9 | that they said to watch out for?

10 | DEPUTY LEEPER:  That's what we're trying to figure out.

11 | MS. AASYLEI HARDGE-LOGGERVALE:  What, I'm . . .

12 | DEPUTY LEEPER:  Every single time that somebody's had a car broken into here . . .

13 | MS. AASYLEI HARDGE-LOGGERVALE:  Okay.

14 | DEPUTY LEEPER:  The suspect vehicles had a Nevada plate on it.

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

EXHIBIT 109

1

2

3

4

5   LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

6   U.S. District Court, Northern District of California

7   Case No. 4:20-cv-04679

8

9

10

11   TRANSCRIPT OF:

12   BODY CAMERA VIDEO-AUDIO FILE

13

14   Body Camera Video-Audio File of

15   Deputy Steven Holland [AC_34]

16   September 20, 2019

17

18

19

20

21

22

23

24   Audio Recording Transcribed by:
     Tina M. Velasquez, CSR No. 10072
25

```
1                      ---oOo---

2           BEGINNING OF TRANSCRIPTION

3                      ---oOo---

4        MS. AASYLEI LOGGERVALE:  What the hell?  What the

5   hell?

6        DEPUTY HOLLAND:  Hi.

7        MS. AASYLEI LOGGERVALE:  Hi.

8        DEPUTY HOLLAND:  How are you?

9        MS. AASYLEI LOGGERVALE:  Fine.

10        DEPUTY HOLLAND:  What are you guys doing here?

11        MS. AASYLEI LOGGERVALE:  Waiting to go to Starbucks

12   in a second.  Why?  Is there a problem?  We can't sit

13   here?

14        DEPUTY HOLLAND:  Well, actually, let me tell you

15   why I'm here.

16        MS. AASYLEI LOGGERVALE:  Mm-hmm, mm-hmm.

17        DEPUTY HOLLAND:  I've been having auto break-ins in

18   this parking lot --

19        MS. AASYLEI LOGGERVALE:  Okay.

20        DEPUTY HOLLAND:  -- every morning around this time.

21        MS. AASYLEI LOGGERVALE:  Thank you very much for

22   telling me that.

23        DEPUTY HOLLAND:  So I've been driving around

24   here --

25        MS. AASYLEI LOGGERVALE:  Okay.
```

```
1          MS. AASYLEI LOGGERVALE:  But why you explain to me
2     -- my I.D.?  What's that about?  What did I do?  What
3     kind of crime did I commit?
4          DEPUTY HOLLAND:  What kind of crime did you commit?
5          MS. AASYLEI LOGGERVALE:  Yeah.  I'm asking you.
6     You asked me for my I.D.
7          DEPUTY HOLLAND:  Yeah, you have to give me your
8     I.D.
9          MS. AASYLEI LOGGERVALE:  Why do I have to give you
10    my I.D.?
11         DEPUTY HOLLAND:  Why?
12         MS. AASYLEI LOGGERVALE:  I don't have to give you
13    my I.D., because I haven't did anything.  You started
14    talking about a break-in --
15         DEPUTY HOLLAND:  Okay.
16         MS. AASYLEI LOGGERVALE:  -- I thanked you for
17    telling -- informing me that --
18         DEPUTY HOLLAND:  Right.
19         MS. AASYLEI LOGGERVALE:  -- I informed you that I'm
20    resting, because I'm about to go into Starbucks, right?
21         DEPUTY HOLLAND:  Mm-hmm.
22         MS. AASYLEI LOGGERVALE:  I informed you I've been
23    driving all night, right?
24         DEPUTY HOLLAND:  Well, Starbucks has been open for
25    about two hours.
```

1    MS. AASYLEI LOGGERVALE:  It's actually been open

2  since 5:00.  I checked my GPS.

3    DEPUTY HOLLAND:  Okay.

4    MS. AASYLEI LOGGERVALE:  Okay?

5    DEPUTY HOLLAND:  Are you doing anything wrong?

6    MS. AASYLEI LOGGERVALE:  No, I'm not.

7    DEPUTY HOLLAND:  So then what's the big deal?

8    MS. AASYLEI LOGGERVALE:  I don't have to give you

9  my I.D.  I'm not doing anything wrong.

10    DEPUTY HOLLAND:  Yeah, you do.

11    MS. AASYLEI LOGGERVALE:  No, I don't.  No, I don't.

12    DEPUTY HOLLAND:  You don't?

13    MS. AASYLEI LOGGERVALE:  I know the law.  I don't

14  have to give you my I.D.  I'm not doing anything wrong.

15  I have not did anything wrong.  I've not done anything

16  wrong.

17    DEPUTY HOLLAND:  So what you're doing now is

18  leading me to believe that you might be doing something

19  wrong.

20    MS. AASYLEI LOGGERVALE:  No, I'm not doing that, so

21  don't try to trump up no charges.

22    Aasylei, get your phone out, start recording.

23  Start recording right now, Honey.  Assylei --

24    Aaottae, get Anika on the phone.  Get Anika on the

25  phone.

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10                    _____
                      Tina M. Velasquez
11                    California Certified Shorthand Reporter
                      Certification No. 10072
12

13                    Transcribed: January 6, 2021

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 110

Atkinson-Baker, a Veritext Company
www.depo.com

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

SAN FRANCISCO DIVISION

3

-oOo-

4

AASYLEI LOGGERVALE; AASYLEI
HARDGE-LOGGERVALE; and AAOTTAE

5

LOGGERVALE,

**CERTIFIED COPY**

6

Plaintiffs,

) Case No.

7

-vs-

) C20-4679-WHA

8

COUNTY OF ALAMEDA; STEVEN
HOLLAND; MONICA POPE; KEITH

9

LEEPER; ANOTHONY DeSOUSA; and
DOES 1 to 50, inclusive,

10

11

Defendants.

12

San Francisco, California          February 4, 2021

13

14

-oOo-

15

CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
TAKEN ON FEBRUARY 4, 2021

16

VIA ZOOM

17

-oOo-

18

19

20

21

22

Reported by:
Brooke Meyer, CSR License No. 13886

23

Atkinson-Baker, a Veritext Company
www.depo.com

24

(800)288-3376
File No: AF0074B

25

| | | |
|---|---|---|
| 1 | A.   Just that she was in the driver's seat with the | 14:01:32 |
| 2 | vehicle running, so had control of the vehicle. | 14:01:36 |
| 3 | Q.   You never saw her actually driving it? | 14:01:38 |
| 4 | A.   Correct. | 14:01:42 |
| 5 | Q.   You said you needed to ID her as part of the | 14:01:43 |
| 6 | investigation.   Why did you need to have her ID as part of | 14:01:50 |
| 7 | your investigation? | 14:01:54 |
| 8 | A.   So I could do my job and actually investigate | 14:01:54 |
| 9 | their role, if they were related or not related to the | 14:02:00 |
| 10 | auto burglaries. | 14:02:04 |
| 11 | Q.   You didn't know the name of any of the suspects | 14:02:06 |
| 12 | in any of those auto burglaries at 2720 Castro Valley | 14:02:10 |
| 13 | Road, did you? | 14:02:16 |
| 14 | A.   No. | 14:02:16 |
| 15 | Q.   Did you -- when you asked her for her ID, did you | 14:02:17 |
| 16 | also ask her for proof of issuance of the disabled | 14:02:23 |
| 17 | placard? | 14:02:29 |
| 18 | A.   I don't recall. | 14:02:29 |
| 19 | Q.   At any point during the encounter, did you ask | 14:02:31 |
| 20 | the woman in the driver's seat for proof of issuance of | 14:02:34 |
| 21 | that disabled placard? | 14:02:38 |
| 22 | A.   I don't recall if I did or did not. | 14:02:39 |
| 23 | Q.   You don't recall one way or the other, right? | 14:02:45 |
| 24 | A.   Correct. | 14:02:49 |
| 25 | Q.   Have you ever cited somebody for a disabled | 14:02:50 |

| | | |
|---|---|---|
| 1 | placard violation? | 14:02:57 |
| 2 | A.  I have cited and I've issued numerous handicap | 14:02:58 |
| 3 | placard violation tickets. | 14:03:05 |
| 4 | Q.  In those situations where you issued citations, | 14:03:07 |
| 5 | did you ask for those people's ID? | 14:03:11 |
| 6 | A.  Yes. | 14:03:13 |
| 7 | Q.  When you asked for their ID, did you tell them | 14:03:18 |
| 8 | that you needed the ID to confirm that it was a valid | 14:03:22 |
| 9 | placard? | 14:03:27 |
| 10 | A.  Yes. | 14:03:28 |
| 11 | Q.  In those situations where you issued citations, | 14:03:28 |
| 12 | did you also ask those people for proof of issuance of | 14:03:32 |
| 13 | their placard? | 14:03:35 |
| 14 | A.  I'm not sure what you mean by that. | 14:03:36 |
| 15 | Q.  When you cited people for the handicap placard | 14:03:42 |
| 16 | violation, what statutes did you rely on? | 14:03:47 |
| 17 | A.  I would have to refer to -- I would have to look | 14:03:51 |
| 18 | that up to get you the exact Vehicle Code section.  I | 14:03:59 |
| 19 | don't have them memorized. | 14:04:04 |
| 20 | Q.  The Vehicle Code section that you're referring to | 14:04:07 |
| 21 | requires that somebody show you both their ID and proof of | 14:04:11 |
| 22 | issuance when you ask for both of those things, correct? | 14:04:17 |
| 23 | A.  I believe so, yes. | 14:04:20 |
| 24 | Q.  With Ms. Loggervale, you didn't ask her for | 14:04:21 |
| 25 | her ID and proof of issuance, did you? | 14:04:28 |

1  State of California,

2  County of San Francisco.

3

4              I, BROOKE MEYER, License No. 13886, a

5  Certified Shorthand Reporter of the State of California,

6  do hereby certify:

7              That the witness in the foregoing

8  deposition named was present at the time and place herein

9  specified;

10             That the said proceeding was taken before

11 me as a Certified Shorthand Reporter at the said time and

12 place and was taken down in shorthand writing by me;

13             That the said proceeding was thereafter,

14 under my direction, transcribed with the use of

15 computer-assisted transcription, and that the foregoing

16 transcript constitutes a full, true, and correct report of

17 the proceedings which then and there took place;

18             That I am a disinterested person to the

19 said action.

20             IN WITNESS WHEREOF, I have hereunto

21 subscribed my hand this 4th day of March, 2021.

22

23                     Brooke Meyer, CSR #13886

24

25

# EXHIBIT 111

Atkinson-Baker, a Veritext Company
www.depo.com

1            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION

3                 -oOo-

4   AASYLEI LOGGERVALE; AASYLEI      )  **CERTIFIED COPY**
  HARDGE-LOGGERVALE; and AAOTTAE   )
5   LOGGERVALE,                 )
                        )
6         Plaintiffs,         )
                        ) Case No.
7       -vs-                ) C20-4679-WHA
                        )
8   COUNTY OF ALAMEDA; STEVEN       )
  HOLLAND; MONICA POPE; KEITH      )
9   LEEPER; ANOTHONY DeSOUSA; and   )
  DOES 1 to 50, inclusive,       )
10                        )
        Defendants.        )
11

12   San Francisco, California      ` February 4, 2021

13

14                 -oOo-

15    CONFIDENTIAL DEPOSITION OF DEPUTY STEVEN HOLLAND
         TAKEN ON FEBRUARY 4, 2021
16              VIA ZOOM

17                 -oOo-

18

19

20

21

22   Reported by:
  Brooke Meyer, CSR License No. 13886
23   Atkinson-Baker, a Veritext Company
  www.depo.com
24   (800)288-3376
  File No: AF0074B
25

Atkinson-Baker, a Veritext Company
www.depo.com

| | | |
|---|---|---|
| 1 | placard violation? | 14:02:57 |
| 2 | A.  I have cited and I've issued numerous handicap | 14:02:58 |
| 3 | placard violation tickets. | 14:03:05 |
| 4 | Q.  In those situations where you issued citations, | 14:03:07 |
| 5 | did you ask for those people's ID? | 14:03:11 |
| 6 | A.  Yes. | 14:03:13 |
| 7 | Q.  When you asked for their ID, did you tell them | 14:03:18 |
| 8 | that you needed the ID to confirm that it was a valid | 14:03:22 |
| 9 | placard? | 14:03:27 |
| 10 | A.  Yes. | 14:03:28 |
| 11 | Q.  In those situations where you issued citations, | 14:03:28 |
| 12 | did you also ask those people for proof of issuance of | 14:03:32 |
| 13 | their placard? | 14:03:35 |
| 14 | A.  I'm not sure what you mean by that. | 14:03:36 |
| 15 | Q.  When you cited people for the handicap placard | 14:03:42 |
| 16 | violation, what statutes did you rely on? | 14:03:47 |
| 17 | A.  I would have to refer to -- I would have to look | 14:03:51 |
| 18 | that up to get you the exact Vehicle Code section.  I | 14:03:59 |
| 19 | don't have them memorized. | 14:04:04 |
| 20 | Q.  The Vehicle Code section that you're referring to | 14:04:07 |
| 21 | requires that somebody show you both their ID and proof of | 14:04:11 |
| 22 | issuance when you ask for both of those things, correct? | 14:04:17 |
| 23 | A.  I believe so, yes. | 14:04:20 |
| 24 | Q.  With Ms. Loggervale, you didn't ask her for | 14:04:21 |
| 25 | her ID and proof of issuance, did you? | 14:04:28 |

```
 1  State of California,
 2  County of San Francisco.
 3
 4              I, BROOKE MEYER, License No. 13886, a
 5  Certified Shorthand Reporter of the State of California,
 6  do hereby certify:
 7              That the witness in the foregoing
 8  deposition named was present at the time and place herein
 9  specified;
10              That the said proceeding was taken before
11  me as a Certified Shorthand Reporter at the said time and
12  place and was taken down in shorthand writing by me;
13              That the said proceeding was thereafter,
14  under my direction, transcribed with the use of
15  computer-assisted transcription, and that the foregoing
16  transcript constitutes a full, true, and correct report of
17  the proceedings which then and there took place;
18              That I am a disinterested person to the
19  said action.
20              IN WITNESS WHEREOF, I have hereunto
21  subscribed my hand this 4th day of March, 2021.
22
23                    Brooke Meyer, CSR #13886
24
25
```

# EXHIBIT 112

1

2

3

4

5

6              LOGGERVALE, ET AL. V. COUNTY OF ALAMEDA, ET AL.

7          U.S. District Court, Northern District of California

8                        Case No. 4:20-cv-04679

9

10

11

12                            TRANSCRIPT OF:

13                     BODY CAMERA VIDEO-AUDIO FILE

14

15                     Body Camera Video-Audio File of

16                     Deputy Cameron Galloway [AC_32]

17                          September 20, 2019

18

19

20

21

22

23

24

25    Audio Recording Transcribed by:
      Tina M. Velasquez, CSR No. 10072

```
 1                        ---o0o---

 2              BEGINNING OF TRANSCRIPTION

 3                        ---o0o---

 4        DEPUTY LEEPER:  [Inaudible] and the last couple

 5   that we've had --

 6        DEPUTY GALLOWAY:  Is it three females?

 7        DEPUTY LEEPER:  Yeah.

 8        DEPUTY COCHRAN:  Ooh, these are the chicks from Big

 9   5?

10        DEPUTY GALLOWAY:  Yeah.  Hold on.  I got a picture

11   of them.

12        UNKNOWN DEPUTY:  Is it two younger chicks?

13        UNKNOWN DEPUTY:  I don't know.

14        DEPUTY HOLLAND:  Is it one heavyset and two skinny

15   ones?

16        DEPUTY COCHRAN:  Yeah, but they've been hitting a

17   bunch of places.

18        DEPUTY GALLOWAY:  I mean, it's not the best

19   photograph, but --

20        UNKNOWN DEPUTY:  You should have taken a picture of

21   the flyer that they have at Big 5.

22        DEPUTY GALLOWAY:  Yeah, this is what I have.

23        DEPUTY LEEPER:  I mean --

24        DEPUTY GALLOWAY:  That was the best.

25        DEPUTY LEEPER:  Yeah, I mean, based on that
```

1   picture, could be them.

2          UNKNOWN DEPUTY:  Absolutely.

3          UNKNOWN DEPUTY:  We'll go take care of the

4   structure fire.

5          DEPUTY HOLLAND:  We've been getting hit here every

6   single day.

7          UNKNOWN DEPUTY:  You guys good?

8          UNKNOWN DEPUTY:  Yeah, we're good.

9          UNKNOWN DEPUTY:  We're going to go take care of

10  that structure fire.

11         DEPUTY GALLOWAY:  What's their names?

12         DEPUTY HOLLAND:  Huh?

13         DEPUTY GALLOWAY:  Because it sounds like it might

14  be the suspects from our Big 5 robbery from yesterday or

15  487, so I'll just run them in CRIMS and then see if --

16         UNKNOWN DEPUTY:  What?

17         UNKNOWN DEPUTY:  I'm on service.

18         THE DISPATCHER:  She's still calling 9-1-1

19  [inaudible] --

20         DEPUTY GALLOWAY:  Yeah, this one --

21         DEPUTY LEEPER:  She has her phone, and so does

22  she --

23         UNKNOWN DEPUTY:  That's cool.

24         DEPUTY COCHRAN:  She's on her phone right here.

25         DEPUTY LEEPER:  I know.  We know.  Thank you.

1                    REPORTER'S CERTIFICATE

2

3        I do hereby certify that I transcribed into

4    typewriting the foregoing video-audio file that was

5    provided to me, a Certified Shorthand Reporter and a

6    disinterested person, that it is a true and correct

7    transcription, and that I am in no way interested in the

8    outcome of the cause named in said caption.

9

10   _____

     Tina M. Velasquez

11   California Certified Shorthand Reporter
     Certification No. 10072

12

13       Transcribed: January 11, 2021

14

15

16

17

18

19

20

21

22

23

24

25

                Body Camera Video-Audio File of                    10
                Deputy Cameron Galloway [AC_32]
                    September 20, 2019