UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO. C20-4679-WHA

CASE NAME: Loggervale, et al v. County of Alameda, et al

## NOTE FROM THE JURY

Note No. __1__

Date __Feb. 28, 2023__

Time __3 pm__

1. The Jury has reached a unanimous verdict (   )

   Or

2. The Jury has the following question:

   Your honor,
   On The Special Verdict Form, page 4 - as to Item #6 liability, where does the money come from? Does the County of Alameda pay for both Deputy Holland and Deputy Pope?

   _____
   Foreperson of the Jury