UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,

    Plaintiffs,

v.

STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,

    Defendants.

No. C 20-04679 WHA

**FINAL JUDGMENT**

Based on the unanimous verdict, judgment is entered **IN FAVOR** of Ms. Aasylei Loggervale for **$2,750,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$2,000,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$2,000,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda.

    **IT IS SO ORDERED.**

Dated: March 1, 2023.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE