UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, AASYLEI HARDGE-LOGGERVALE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>　　　　　Defendants. | No. C 20-4679 WHA<br><br>**CLARIFICATION RE PLAINTIFFS' LETTER** |

A full motion and support for attorney's fees (*i.e.,* including the detailed declaration) is due by **WEDNESDAY, MARCH 22, 2023**, in the format described in the post-trial motions order. Counsel typically has fourteen days from the entry of judgment to motion for attorney's fees. *See* Fed. R. Civ. P. 54(d)(2)(B); L.R. 54-5(a). Final Judgment was entered on March 1, 2023 (Dkt. No. 238). Thus, the motion for attorney's fees would be due on March 15, 2023. Here, the Court has given one additional week for counsel to prepare the motion due to the denial of the parties' requested stipulation for an extension. After the motion of attorneys' fees is filed, the subsequent actions described in paragraphs six through twelve of the order regarding filing an opposition and potential appointment of a special master shall take place, if necessary, within the timelines provided.

Dated: March 13, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE