Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Christopher R. Creech, Esq. (SBN: 293037)
ccreech@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
COUNTY OF ALAMEDA, STEVEN HOLLAND and MONICA POPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STEVEN HOLLAND; and MONICA POPE,<br><br>Defendants. | Case No. 20-cv-04679-WHA<br><br>**DEFENDANTS COUNTY OF ALAMEDA, STEVEN HOLLAND AND MONICA POPE'S NOTICE OF APPEAL** |

Notice is hereby given that Defendants COUNTY OF ALAMEDA, STEVEN HOLLAND, and MONICA POPE ("Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment in this matter, filed on March 1, 2023 (Dkt. 238). A copy of the Judgment is attached hereto as **Exhibit A**.

There have been no previous appeals in this case.

The appeal fee is being paid concurrently with filing of this notice.

The names and addresses of the attorneys for each party are as follows:

| | |
|---|---|
| Joseph S. May, Esq.<br>LAW OFFICE OF JOSEPH S. MAY<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone: (415) 781-3333<br>Facsimile: (415) 707-6600<br>Email: joseph@josephmaylaw.com |
| Brian Gearinger, Esq.<br>GEARINGER LAW GROUP<br>740 Fourth Street<br>Santa Rosa, CA 95404 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone: (415) 440-3102<br>Email: brian@gearingerlaw.com |
| Craig M. Peters, Esq.<br>ALTAIR LAW<br>465 California Street, 5th Floor<br>San Francisco, CA 94104-3313 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone: (415) 988-9828<br>Email: cpeters@altairlaw.us |
| Kevin E. Gilbert, Esq.<br>ORBACH HUFF + HENDERSON LLP<br>6200 Stoneridge Mall Road, Suite 225<br>Pleasanton, California 94588 | Attorneys for Defendants<br>COUNTY OF ALAMEDA, STEVEN HOLLAND and MONICA POPE<br>Telephone: (510) 999-7908<br>Email: kgilbert@ohhlegal.com<br>cchreech@ohhlegal.com |

Dated: March 31, 2023     Respectfully submitted,
**ORBACH HUFF + HENDERSON LLP**
By:  /s/ *Kevin E. Gilbert*
Kevin E. Gilbert
Attorney for Defendants
COUNTY OF ALAMEDA, STEVEN HOLLAND and MONICA POPE

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,

   Plaintiffs,

   v.

STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,

   Defendants.

No. C 20-04679 WHA

**FINAL JUDGMENT**

Based on the unanimous verdict, judgment is entered **IN FAVOR** of Ms. Aasylei Loggervale for **$2,750,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$2,000,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$2,000,000** jointly and severally **AGAINST** Deputy Steven Holland and the County of Alameda. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda.

   **IT IS SO ORDERED.**

Dated: March 1, 2023.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE