UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>Defendants. | No. C 20-04679 WHA<br><br>**ORDER RE APPEARANCE OF COUNSEL FOR ALAMEDA COUNTY** |

The County Counsel or highest-ranking attorney employed in-house for the Alameda County Sheriff's office shall please attend in-person the hearing on the defense post-trial motions now set for **MAY 11, 2023, AT 8AM** in Courtroom 12, 19th floor, at 450 Golden Gate Avenue in San Francisco.

**IT IS SO ORDERED.**

Dated: April 5, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE