1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   AASYLEI LOGGERVALE, AAOTTAE
     LOGGERVALE, and AASYLEI HARDGE-
11   LOGGERVALE,                                    No.  C 20-04679 WHA

12              Plaintiffs,

13        v.                                        **ORDER DENYING APPLICATION
                                                    FOR WRIT OF EXECUTION**
14   STEVEN HOLLAND, MONICA POPE,
     and COUNTY OF ALAMEDA,
15
                Defendants.
16   _____

17

18        The application for writ of execution of the final judgment at Dkt. No. 274 is DENIED as

     premature.
19

20
          **IT IS SO ORDERED.**
21

22

23   Dated:  April 25, 2023.

24

25                                                  _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28

United States District Court
Northern District of California