UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>Defendants. | No. C 20-04679 WHA<br><br>**COURT'S RESPONSE TO COUNSEL'S JOINT LETTER RE MEDIATION SNAFU** |

The May 11 hearing will go forward and responses to the Court's recent questions at Dkt. No. 276 remain due on schedule. The judge needs to move ahead with hearing the motions and deciding them while the facts are reasonably fresh.

Dated: May 1, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE