UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE, and AAOTTAE LOGGERVALE

Plaintiffs,

v.

COUNTY OF ALAMEDA, STEVEN HOLLAND, and MONICA POPE

Defendants.

No. C 20-04679 WHA

**ORDER ALLOWING LIMITED REPLIES**

By **4 PM TOMORROW**, each side may file a reply brief no longer than five pages in rebuttal to the brief filed by the other side responding to the Court's questions at Dkt. No. 276. In the replies, counsel must specifically address the points and arguments made by the other side and not raise additional arguments or new points.

Additionally, each side shall advise the Court whether or not they were aware of the decision *Delaware v. Prouse*, 440 U.S. 648 (1979), which seems to completely overrule *Lipton v. United States,* 348 F.2d 591 (9th Cir. 1965). If they were aware, counsel should advise why they never brought this holding to the Court's attention.

**IT IS SO ORDERED.**

Dated: May 9, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE