UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,

    Plaintiffs,

    v.

STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,

    Defendants.

No. C 20-04679 WHA

**ORDER DENYING MOTION FOR SANCTIONS AND VACATING TOMORROW'S HEARING**

    Plaintiffs' motion for sanctions is **DENIED**. No counsel will be sanctioned on either side. Defendants' conduct in lodging an objection against the timeliness of plaintiffs' request for non-statutory costs is a question of interpretation of this Court's prior order and does not amount to a violation of Rule 11. Accordingly, the hearing currently set for tomorrow at 8 AM is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 7, 2023.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE