UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>　　　　Defendants. | No. C 20-04679 WHA<br><br>**AMENDED FINAL JUDGMENT** |

Based on the unanimous verdict, judgment is entered **IN FAVOR** of Ms. Aasylei Loggervale for **$2,750,000 AGAINST** Deputy Steven Holland, of which the County of Alameda shall be jointly and severally liable for **$687,500**. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$2,000,000 AGAINST** Deputy Steven Holland, of which the County of Alameda shall be jointly and severally liable for **$500,000**. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$2,000,000 AGAINST** Deputy Steven Holland, of which the County of Alameda shall be jointly and severally liable for **$500,000**. Judgment is entered **IN FAVOR** of Aaottae Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda. Judgment is entered **IN FAVOR** of Aasylei Hardge-Loggervale for **$750,000** jointly and severally **AGAINST** Deputy Monica Pope and the County of Alameda.

**IT IS SO ORDERED.**

Dated: June 13, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE