UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,

    Plaintiffs,

  v.

STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,

    Defendants.

No. C 20-04679 WHA

**CLARIFICATION RE SPECIAL MASTER JURISDICTION**

    This order clarifies that the special master shall have jurisdiction to determine all litigation expenses incurred by plaintiffs' counsel and to determine whether and the extent to which they should be compensated, with the sole exception of statutory costs that must be claimed through a bill of costs.

Dated: June 14, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE