UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE | No.  C 20-04679 WHA |
| Plaintiffs, | |
| v. | **ORDER RE ENFORCEMENT OF JUDGMENT** |
| STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA, | |
| Defendants. | |

With respect to the issue of whether or not plaintiffs may seek to enforce the amended judgment, the defense shall, by **WEDNESDAY, JUNE 28, AT NOON**, state under oath the full extent to which the County of Alameda will make good on the judgments against Deputy Holland and against Deputy Pope in the event those judgments are affirmed on appeal.

**IT IS SO ORDERED.**

Dated:  June 14, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE