Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone:   (510) 999-7908
Facsimile:   (510) 999-7918

Attorney for Defendants
COUNTY OF ALAMEDA, STEVEN HOLLAND and MONICA POPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STEVEN HOLLAND; and MONICA POPE,<br><br>Defendants. | Case No. 20-cv-04679-WHA<br><br>**DEFENDANTS COUNTY OF ALAMEDA, STEVEN HOLLAND AND MONICA POPE'S NOTICE OF APPEAL FROM (1) ORDER DENYING DEFENDANTS' POST-JUDGMENT MOTIONS [DKT. 304], AND (2) AMENDED JUDGMENT [DKT. 305]** |

Notice is hereby given that Defendants COUNTY OF ALAMEDA, STEVEN HOLLAND, and MONICA POPE ("Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the Court's June 12, 2023, order on Defendants' motions for a new trial and judgment as a matter of law (Dkt. 304), and (2) the amended judgment entered on June 13, 2023 (Dkt. 305). Copies of the order and amended judgment are attached hereto as Exhibits A and B, respectively.

There is another appeal in this case pending from the judgment that was entered on March 12, 2023 (No. 23-15483). That appeal is being held in abeyance pending the District Court's ruling on Plaintiffs' motion to amend the judgment. Defendants intend to pursue both appeals, and will move to

consolidate them if they are not automatically docketed together by virtue of arising concurrently in the same case.

The appeal fee is being paid concurrently with filing of this notice.

The names and addresses of the attorneys for each party are as follows:

| | |
|---|---|
| Joseph S. May, Esq.<br>LAW OFFICE OF JOSEPH S. MAY<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone:  (415) 781-3333<br>Email:  joseph@josephmaylaw.com |
| Brian Gearinger, Esq.<br>GEARINGER LAW GROUP<br>740 Fourth Street<br>Santa Rosa, CA 95404 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone:  (415) 440-3102<br>Email:  brian@gearingerlaw.com |
| Craig M. Peters, Esq.<br>ALTAIR LAW<br>465 California Street, 5th Floor<br>San Francisco, CA 94104-3313 | Attorney for Plaintiffs<br>AASYLEI LOGGERVALE, AASYLEI HARDGE-LOGGERVALE and AAOTTAE LOGGERVALE<br>Telephone:  (415) 988-9828<br>Email:  cpeters@altairlaw.us |
| Kevin E. Gilbert, Esq.<br>ORBACH HUFF + HENDERSON LLP<br>6200 Stoneridge Mall Road, Suite 225<br>Pleasanton, CA 94588 | Attorneys for Defendants<br>COUNTY OF ALAMEDA, STEVEN HOLLAND and MONICA POPE<br>Telephone:  (510) 999-7908<br>Email:  kgilbert@ohhlegal.com |

Dated: July 10, 2023

Respectfully submitted,
**ORBACH HUFF + HENDERSON LLP**

By:  /s/ *Kevin E. Gilbert*
       Kevin E. Gilbert
       Attorney for Defendants
       COUNTY OF ALAMEDA, STEVEN
       HOLLAND and MONICA POPE