UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>Defendants. | No. C 20-04679 WHA<br><br>**REQUEST FOR FURTHER INFORMATION** |

With respect to the pending attorneys' fees motion, plaintiffs' counsel shall please state the extent to which their client agreement gives them a share of the recovery. Please do this by next **TUESDAY AT NOON**.

**IT IS SO ORDERED.**

Dated: July 29, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE