UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>Defendants. | No. C 20-04679 WHA<br><br>**SECOND REQUEST FOR INFORMATION** |

Counsel's submitted response (Dkt. No. 324) is not what the Court asked. By **TOMORROW AT 9 AM**, counsel shall answer the question directly (namely, what was the specific contingent fee arrangement before the trial) and provide a copy of that fee agreement to the Court.

**IT IS SO ORDERED.**

Dated: August 2, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE