UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASYLEI LOGGERVALE, AAOTTAE LOGGERVALE, and AASYLEI HARDGE-LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOLLAND, MONICA POPE, and COUNTY OF ALAMEDA,<br><br>Defendants. | No. C 20-04679 WHA<br><br>**ORDER DENYING REQUEST FOR FURTHER AMENDED FINAL JUDGMENT** |

For the reasons explained in a prior order, (Dkt. No. 315), the final judgment will not be amended to include post-judgment interest. Additionally, the Order Adopting Special Master Report and Recommendation as Modified specified that, except for the rulings therein, "the report and recommendation submitted by Special Master Matthew Borden is affirmed and adopted in full." The order further stated, "Attorney Craig Peters will receive a total of $278,597 in attorney's fees through March 3, 2023" (Dkt. No. 311, 333 at 1–2). These orders adequately serve as the final word on attorney's fees and costs. The request to further amend the final judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 12, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE