| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 11 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AASYLEI LOGGERVALE; et al.,

        Plaintiffs - Appellees,

v.

COUNTY OF ALAMEDA; et al.,

        Defendants - Appellants.

No. 23-16199

D.C. No. 3:20-cv-04679-WHA
U.S. District Court for Northern
California, San Francisco

**MANDATE**

      The judgment of this Court, entered September 19, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against the appellant in the amount of $243.30.

                                    FOR THE COURT:

                                    MOLLY C. DWYER
                                    CLERK OF COURT