Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 781-3333
Fax: (415) 707-6600
joseph@josephmaylaw.com

Brian Gearinger   SBN 146125
GEARINGER LAW GROUP
740 Fourth Street
Santa Rosa, CA 95404
Tel: (415) 440-3102
brian@gearingerlaw.com

Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Attorneys for Plaintiffs
AASYLEI LOGGERVALE,
AASYLEI HARDGE-LOGGERVALE, and
AAOTTAE LOGGERVALE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE,<br><br>           Plaintiffs,<br><br>      v.<br><br>COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; and DOES 1 to 50, inclusive,<br><br>           Defendants. | CASE NO. C20-4679-WHA<br><br>**PLAINTIFFS' STATUS CONFERENCE STATEMENT**<br><br><br>Date:  November 19, 2024<br>Time:  1:00 p.m.<br><br><br>Action Filed:  July 14, 2020<br>Trial Date:     February 13, 2023 |

1

1    After completion of the appeal from the judgment in favor of Plaintiffs, the Court of

2    Appeals affirmed in part and remanded the matter for further proceedings before this Court. The

3    issue that was remanded was the determination of whether the law applicable to Plaintiffs'

4    Section 1983 claims was "clearly established" at the time of the incident. *See* Mem. Op. filed

5    Sep. 19, 2024 (filed at Dkt. No. 342) at 4, 5. The Ninth Circuit also transferred to this Court the

6    determination of Plaintiffs' fees and non-statutory costs on appeal. *See* Ex. A.

7    Plaintiffs' request an opportunity for briefing and hearing on the issue of whether the law

8    pertaining to the constitutional claims were "clearly established" for purposes of applying

9    qualified immunity. After determination of the "clearly established" issue, Plaintiffs will also

10   request a schedule for a further motion for attorneys' fees and non-statutory costs incurred since

11   the previous award of fees and costs by the court, including opposition, reply, and hearing.

12   Plaintiffs sent a draft "joint" status conference statement to Defendants on Thursday,

13   November 14, 2024 but as of the filing of this statement, Defendants have not authorized the

14   filing of the joint statement.

15

16   Dated: November 18, 2024                    LAW OFFICE OF JOSEPH S. MAY
                                                  and
17                                               GEARINGER LAW GROUP
                                                  and
18                                               ALTAIR LAW LLP

19

20                                               */s/ Joseph S. May*
                                                 By: JOSEPH S. MAY
21                                               Attorneys for Plaintiffs

22

23

24

25

26

27

28

Loggervale v. County of Alameda et al., Case No. C20-4679-WHA
PLAINTIFFS' STATUS CONFERENCE STATEMENT

# EXHIBIT A

| | |
|---|---|
| **From:** | ca9_ecfnoticing@ca9.uscourts.gov |
| **To:** | joseph@josephmaylaw.com |
| **Subject:** | 23-15483 Aasylei Loggervale, et al v. County of Alameda, et al "Clerk Text Order Filed (Process Merits Panel Motions)" |
| **Date:** | Monday, September 30, 2024 12:06:01 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/30/2024 at 12:05:26 PM Pacific Daylight Time and filed on 09/30/2024

**Case Name:**    Aasylei Loggervale, et al v. County of Alameda, et al

**Case Number:**    23-15483

**Docket Text:**
Filed text clerk order (Deputy Clerk: MCD): The unopposed motion to transfer the issue of attorney's fees on appeal to the district court [49], is granted. [12908977] [23-15483, 23-15985] (OC)

**Notice will be electronically mailed to:**

Brian Gearinger: brian@gearingerlaw.com, mike@gearingerlaw.com
Mr. Kevin Gilbert: kgilbert@ohhlegal.com, elabella@ohhlegal.com
Stefan Caris Love: slove@gmsr.com, pherndon@gmsr.com
Mr. Joseph Samuel May, Attorney: joseph@josephmaylaw.com
Alana Rotter: arotter@gmsr.com, mallen@gmsr.com