Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 781-3333
Fax: (415) 707-6600
joseph@josephmaylaw.com

Brian Gearinger   SBN 146125
GEARINGER LAW GROUP
740 Fourth Street
Santa Rosa, CA 95404
Tel: (415) 440-3102
brian@gearingerlaw.com

Attorneys for Plaintiffs
AASYLEI LOGGERVALE,
AASYLEI HARDGE-LOGGERVALE, and
AAOTTAE LOGGERVALE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; KEITH LEEPER; ANTHONY DeSOUSA; and DOES 1 to 50, inclusive, <br><br> Defendants. | CASE NO. C20-4679-WHA <br><br> **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** <br><br><br> Action Filed: July 14, 2020 <br> Trial Date:     February 13, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiffs AASYLEI LOGGERVALE;

AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE, and Defendants

COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; ("Defendants"), through

their respective undersigned counsel, as follows:

1

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate as follows:  This action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED.**

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated:  December 4, 2024            **GEARINGER LAW GROUP**

                                    /s/ *Brian Gearinger*
                                    BRIAN GEARINGER
                                    Attorneys for Plaintiffs

Dated: December 4, 2024            ORBACH HUFF SUAREZ + HENDERSON LLP

                                    */s/ Kevin E. Gilbert*
                                    By: KEVIN E. GILBERT
                                    Attorney for Defendants

# [PROPOSED] ORDER

## PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:

Pursuant to the above Stipulation, this Action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties will bear their own attorneys' fees and costs in connection with this action.

DATED: _____                    _____
                                             HON. WILLIAM H. ALSUP
                                             United States District Judge

Loggervale v. County of Alameda et al., Case No. C20-4679-WHA
STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)