Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 781-3333
Fax: (415) 707-6600
joseph@josephmaylaw.com

Brian Gearinger   SBN 146125
GEARINGER LAW GROUP
740 Fourth Street
Santa Rosa, CA 95404
Tel: (415) 440-3102
brian@gearingerlaw.com

Attorneys for Plaintiffs
AASYLEI LOGGERVALE,
AASYLEI HARDGE-LOGGERVALE, and
AAOTTAE LOGGERVALE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; KEITH LEEPER; ANTHONY DeSOUSA; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. C20-4679-WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br><br>Action Filed: July 14, 2020<br>Trial Date:    February 13, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiffs AASYLEI LOGGERVALE; AASYLEI HARDGE-LOGGERVALE; and AAOTTAE LOGGERVALE, and Defendants COUNTY OF ALAMEDA; STEVEN HOLLAND; MONICA POPE; ("Defendants"), through their respective undersigned counsel, as follows:

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate as follows: This action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED.**

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated:  December 4, 2024              **GEARINGER LAW GROUP**


                                      /s/ *Brian Gearinger*
                                      BRIAN GEARINGER
                                      Attorneys for Plaintiffs


Dated: December 4, 2024               ORBACH HUFF SUAREZ + HENDERSON LLP


                                      /s/ *Kevin E. Gilbert*
                                      By: KEVIN E. GILBERT
                                      Attorney for Defendants

2

Loggervale v. County of Alameda et al., Case No. C20-4679-WHA
STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)

**[PROPOSED] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

Pursuant to the above Stipulation, this Action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties will bear their own attorneys' fees and costs in connection with this action.

DATED:  **December 6, 2024**                    _____
                                                                                        HON. WILLIAM H. ALSUP
                                                                                        United States District Judge

3

Loggervale v. County of Alameda et al., Case No. C20-4679-WHA
STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)